UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WILLIAM PRINCE, Individually and for Others Similarly Situated,<br><br>v.<br><br>KANSAS CITY TREE CARE, LLC | Case No. 4:19-cv-622-FJG |

**ORDER**

Pending before the Court is Plaintiff's Agreed Motion to Transfer Venue and Stay Deadlines to Respond to Defendant's Motion to Dismiss (Doc. No. 13). Plaintiff requests this Court transfer this case to the District of Kansas, where Defendant Kansas City Tree Care, LLC (KC Tree) is headquartered, and stay Prince's deadline to respond to KC Tree's Motion to Dismiss (Doc. 9) until 21 days after such transfer. After review, the Court will **GRANT** plaintiff's motion. This case is **TRANSFERRED** to the District Court of Kansas City, Kansas pursuant to 28 U.S.C. §1404(a). Plaintiff shall have 21 days after such transfer to respond to the remaining issues in Defendant's Motion to Dismiss.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: October 22, 2019
Kansas City, Missouri