MAPN,PHV

# U.S. District Court
# Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:19–cv–00622–FJG

Prince v. Kansas City Tree Care, LLC  
Assigned to: District Judge Fernando J. Gaitan, Jr  
Cause: 29:0216 Failure to Pay Earned Compensation  

Date Filed: 08/07/2019  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question  

**Plaintiff**

**William Prince**     represented by     **Andrew W. Dunlap**  
11 Greenway Plaza  
Suite 3050  
Houston, TX 77046  
713–352–1100  
Email: adunlap@mybackwages.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Phv*

**Richard M. Schreiber**  
11 Greenway Plaza  
Suite 3050  
Houston, TX 77046  
713–352–1100  
Email: rschreiber@mybackwages.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Phv*

**Eric L. Dirks**  
Williams Dirks Dameron LLC  
1100 Main Street  
Suite 2600  
Kansas City, MO 64105  
(816) 945–7110  
Email: dirks@williamsdirks.com  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*

V.

**Defendant**

**Kansas City Tree Care, LLC**     represented by     **John Ivan**  
John Ivan Law Firm  
8600 Shawnee Mission Parkway  
Suite 308  
Shawnee Mission, KS 66202  
(913) 384–0370

Fax: (913)384–0374  
Email: johnivanlaw@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2019 | Ï 1 | COMPLAINT against Kansas City Tree Care, LLC filed by Eric L. Dirks on behalf of William Prince. Filing fee $400, receipt number AMOWDC–6435422. Service due by 11/5/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Dirks, Eric) (Entered: 08/07/2019) |
| 08/08/2019 | Ï 2 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.** <br><br>**Notice of MAP assignment to an outside mediator.** (Attachments: # 1 MAP General Order)(Woods, Gloria) (Entered: 08/08/2019) |
| 08/08/2019 | Ï | SUMMONS ISSUED as to Kansas City Tree Care, LLC. (Woods, Gloria) (Entered: 08/08/2019) |
| 09/10/2019 | Ï 3 | RETURN OF SERVICE of complaint executed by William Prince. Kansas City Tree Care, LLC served on 8/16/2019, answer due 9/6/2019. (Dirks, Eric) (Entered: 09/10/2019) |
| 09/11/2019 | Ï 4 | Motion to allow Andrew W. Dunlap to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–6486187) filed by Eric L. Dirks on behalf of William Prince. (Dirks, Eric) (Entered: 09/11/2019) |
| 09/11/2019 | Ï 5 | Motion to allow Richard M. Schreiber to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–6486191) filed by Eric L. Dirks on behalf of William Prince. (Dirks, Eric) (Entered: 09/11/2019) |
| 09/13/2019 | Ï 6 | ORDER granting 4 & 5 motions to appear pro hac vice entered by Clerk of Court. Attorneys Andrew W. Dunlap and Richard M. Schreiber for William Prince allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. <br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 09/13/2019) |
| 09/13/2019 | Ï 7 | NOTICE of appearance by John Ivan on behalf of Kansas City Tree Care, LLC (Attorney John Ivan added to party Kansas City Tree Care, LLC(pty:dft))(Ivan, John) (Entered: 09/13/2019) |
| 09/13/2019 | Ï 8 | DISCLOSURE OF CORPORATE INTERESTS filed by John Ivan on behalf of Defendant Kansas City Tree Care, LLC.(Ivan, John) (Entered: 09/13/2019) |
| 09/20/2019 | Ï 9 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by John Ivan on behalf of Kansas City Tree Care, LLC. Suggestions in opposition/response due by 10/4/2019 unless otherwise directed by the court. (Ivan, John) (Entered: 09/20/2019) |
| 09/20/2019 | Ï 10 | |

| | | |
|---|---|---|
| | | SUGGESTIONS in support re 9 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by John Ivan on behalf of Defendant Kansas City Tree Care, LLC. (Related document(s) 9 ) (Ivan, John) (Entered: 09/20/2019) |
| 09/23/2019 | 11 | RULE 16 NOTICE. Please see text of order. Signed on 9/23/2019 by District Judge Fernando J. Gaitan, Jr. (Shawver, Marylynn) (Entered: 09/23/2019) |
| 09/25/2019 | Ï | NOTICE of filing: Mediation and Assessment Program Reminder: Your Designation of Mediator is due soon (filed as an ADR event in CM/ECF). See Notice of Inclusion and MAP General Order for specifics. (ADI, MAP) (Entered: 09/25/2019) |
| 09/30/2019 | 12 | NOTICE of filing *Consent to Become Party Plaintiff* by William Prince (Attachments: # 1 Exhibit A)(Dirks, Eric) (Entered: 09/30/2019) |
| 10/04/2019 | 13 | MOTION to reassign/transfer case *Agreed Motion to Transfer Venue and Stay Deadlines to Respond to Defendant's Motion to Dismiss* filed by Eric L. Dirks on behalf of William Prince. Suggestions in opposition/response due by 10/18/2019 unless otherwise directed by the court. (Dirks, Eric) (Entered: 10/04/2019) |
| 10/22/2019 | 14 | ORDER – GRANTING 13 motion to transfer venue. This case is hereby TRANSFERRED to the District of Kansas (Kansas City) pursuant to 28 U.S.C. §1404(a). Plaintiff shall have 21 days after such transfer to respond to the remaining issues in Defendant's Motion to Dismiss. Signed on 10/22/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 10/22/2019) |