## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

WILLIAM PRINCE, Individually and for
Others Similarly Situated,

v.

KANSAS CITY TREE CARE, LLC

Case No. 2:19-cv-02653-KHV-JPO

## JOINT MOTION TO APPROVE NOTICE AND CONSENT FORMS

Pursuant to this Court's Orders of June 15, 2020 (Doc. #41) and June 7, 2021 (Doc. #43),

the parties jointly file this Joint Motion to Approve Notice and Consent Forms.

In accordance with this Court's Order of June 15, 2020 (Doc. #41), the parties have

conferred and hereby submit their proposed Notice, Consent-to-Join form, telephone scripts for

undeliverable mail, and email/text messages to potential class members, attached as Exhibit 1.

Respectfully submitted,

*/s/ Eric L. Dirks*

By: _____

Eric L. Dirks
Kansas Bar No. 77996
WILLIAMS DIRKS DAMERON, LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
Fax: (816) 945-7118
dirks@willamsdirks.com

Richard J. (Rex) Burch
Texas Bar No. 24001807
David I. Moulton
Texas Bar No. 24051093
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

rburch@brucknerburch.com
dmoulton@brucknerburch.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24068647
JOSEPHSON DUNLAP LAW FIRM
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 325-1100
Fax: (713) 325-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
wliles@mybackwages.com

**Attorneys for Plaintiffs**

*/s/ John Ivan, by permission*

_____

John Ivan, KS-000394
Kansas U.S. District Bar# 06340
U.S. Bank Building, Suite 308
8600 Shawnee Mission Parkway
Shawnee Mission, Kansas 66202
(913) 384-0370 (Tel.)//(913) 384-0374 (Fax)
Email: johnivanlaw@yahoo.com

**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I served this document on all registered parties and/or their counsel of record, via the Court's ECF System on June 29, 2021.


**/s/ Eric L. Dirks**

_____

Eric L. Dirks