IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| WILLIAM PRINCE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 19-2653-KHV-ADM |
| | ) | |
| KANSAS CITY TREE CARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING HEARING

This case is before the court on Plaintiffs' Motion to Compel defendant Kansas City Tree Care, LLC ("KC Tree Care") to comply with the court's February 22, 2022 order (ECF 55) requiring it to produce payroll records and time sheets for subject employees by March 14, 2022. (ECF 57.)  The court first addressed this motion on March 22, 2022, when it directed KC Tree Care to respond by March 31, 2022, and to show cause in the response "why the court should not issue sanctions under the provisions of Federal Rules of Civil Procedure 16(f)(1)(C) and 37(b)(2)(A), (C) . . . and recommend to the district judge that KC Tree Care be held in contempt of court."  (ECF 58.)  KC Tree Care has not responded to either the motion to compel or the order to show cause.

The motion to compel is granted as unopposed under D. Kan. Rule 7.4(b).  The court will impose sanctions on KC Tree Care—and may recommend a contempt finding—based on KC Tree Care's noncompliance with court orders.  The court is inclined to impose a fine of $1,000 per day from the date of this order until KC Tree Care produces the records, but at this time it is unclear whether the sanction should be imposed on KC Tree Care or on its counsel, John E. Ivan. Therefore, the court orders both KC Tree Care and Mr. Ivan to appear in person at a hearing to be

held on **April 27, 2022, at 1:00 p.m.** in Courtroom 223, to discuss both sanctions and to show cause why either or both should not be found in contempt of court.

**IT IS THEREFORE ORDERED** that the motion to compel (ECF 57) is granted.

**IT IS FURTHER ORDERED** that KC Tree Care and Mr. Ivan shall appear on **April 27, 2022, at 1:00 p.m**. in Courtroom 223.

The Clerk is directed to mail a copy of this order, via regular and certified mail, to:

> Kansas City Tree Care, LLC
> c/o Registered Agent Solutions, Inc.
> 3225-A Emerald Lane
> Jefferson City, Missouri  65109

**IT IS SO ORDERED.**

Dated April 15, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge