IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| WILLIAM PRINCE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 19-2653-KHV-ADM |
| | ) | |
| KANSAS CITY TREE CARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED SCHEDULING ORDER**

This case is before the court on plaintiffs' Unopposed Motion to Extend Deadlines. (ECF 62.) By way of this motion, plaintiffs seek to extend mediation-related deadlines based on defendant Kansas City Tree Care, LLC's failure to comply with court orders requiring it to produce payroll records and time sheets for certain employees by March 14, 2022. (*See* ECF 58 & 60.) For good cause shown, the motion is granted and the scheduling order is amended as follows:

| Event | Deadline/Setting |
|---|---|
| Plaintiffs' settlement proposal | **21 days from receipt of payroll and time records** |
| Defendant's settlement counter-proposal | **45 days from production of payroll and time records** |
| Jointly filed mediation notice | **60 days from production of payroll and time records** |

All other provisions of the original scheduling order remain in effect. The schedule adopted in this amended scheduling order will not be modified except by leave of court upon a showing of good cause.

**IT IS THEREFORE ORDERED** that plaintiffs' Unopposed Motion to Extend Deadlines (ECF 62) is granted.

2

Dated April 25, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell  
Angel D. Mitchell  
U.S. Magistrate Judge