EXHIBIT 1

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Summary Section**

| Time Keeper | Rates | Gross Time | Gross Amount | Total Billed Hours | Total Billed Amount | Total Hours Not Billed | Total Amount Not Billed |
|---|---|---|---|---|---|---|---|
| DM | $ 450.00 | 329.2 | $ 148,140.00 | 306.2 | $ 137,790.00 | 23.0 | $ 10,350.00 |
| RB | $ 700.00 | 14.8 | $ 10,360.00 | 13.3 | $ 9,310.00 | 1.5 | $ 1,050.00 |
| RS | $ 425.00 | 28.8 | $ 12,240.00 | 28.8 | $ 12,240.00 | 0.0 | $ - |
| SG | $ 125.00 | 1.6 | $ 200.00 | 1.6 | $ 200.00 | 0.0 | $ - |
| TJ | $ 325.00 | 6.1 | $ 1,982.50 | 6.1 | $ 1,982.50 | 0.0 | $ - |
| **Grand Total** | | **380.5** | **$ 172,922.50** | **356.0** | **$ 161,522.50** | **24.5** | **$ 11,400.00** |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to staff Re: pro hac vice motion | 0.2 | 3/17/2020 | DM | $ 450.00 | No | $ 90.00 | $ - | $ - | 0.0 | $ 90.00 | 0.2 |
| Draft correspondence to John Ivan Re: scheduling report and initial disclosures | 0.6 | 3/24/2020 | DM | $ 450.00 | Yes | $ 270.00 | $ - | $ 270.00 | 0.6 | $ - | 0.0 |
| Draft correspondence to staff re pro hac vice motion | 0.2 | 3/25/2020 | DM | $ 450.00 | No | $ 90.00 | $ - | $ - | 0.0 | $ 90.00 | 0.2 |
| Analzye correspondence from Court Re: scheduling order (0.2), Analzye correspondence from Court Re: minute entry for scheduling conference (0.2), Draft correspondence to John Ivan Re: scheduling conference (0.2) | 0.6 | 4/10/2020 | DM | $ 450.00 | Yes | $ 270.00 | $ - | $ 270.00 | 0.6 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: class action notice (0.1), analyze correspondence from Eric Dirks Re: fees and expenses (0.1) | 0.2 | 4/15/2020 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: class action notice | 0.1 | 4/16/2020 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Analzye correspondence from Court Re: order striking affirmative defenses | 0.3 | 4/21/2020 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to co-counsel Re: class certification brief | 0.1 | 4/22/2020 | DM | $ 450.00 | No | $ 45.00 | $ - | $ - | 0.0 | $ 45.00 | 0.1 |
| Draft and respond to correspondence with local counsel Re: motion for class cert | 0.4 | 4/23/2020 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: initial disclosures (0.2), and class cert (0.4) | 0.1 | 4/24/2020 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Analyze correspondence from staff | 0.2 | 5/8/2020 | DM | $ 450.00 | No | $ 90.00 | $ - | $ - | 0.0 | $ 90.00 | 0.2 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: concerns about improper retaliatory communications by Zach Johnson with Prince | 0.1 | 5/12/2020 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft and analyze correspondence Re: reply iso class cert | 0.4 | 5/21/2020 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: proposed class notice | 0.2 | 6/23/2020 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft and analyze correspondence with John Ivan Re: requirement to produce contact info for class members | 0.4 | 6/25/2020 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: revisions to proposed class notice | 0.2 | 6/29/2020 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: revisions to proposed class notice | 0.1 | 7/1/2020 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: revisions to proposed class notice | 0.3 | 7/3/2020 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| analyze correspondence l Re: proposed order to approve notice documents | 0.3 | 7/6/2020 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft and analyze correspondence Re: hearing | 0.4 | 8/20/2020 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| analyze correspondence re: status of case | 0.2 | 10/28/2020 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Analyze correspondence from Court Re: order overruling notice and consent forms | 0.2 | 6/7/2021 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| draft and analyze correspondence re brief | 0.1 | 6/15/2021 | DM | $ 450.00 | No | $ 45.00 | $ - | $ - | 0.0 | 45.00 | 0.1 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: joint brief re notice to class members | 0.1 | 6/22/2021 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: notice forms (0.3), and tcw with D's office re notice forms (0.3) | 0.3 | 6/24/2021 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft and analyze correspondence re edits to notice documetns for joint motion to approve | 0.4 | 6/29/2021 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| analyze and draft correspondence joint motion to approve notice docs and court filings (0.8) | 0.8 | 6/30/2021 | DM | $ 450.00 | Yes | $ 360.00 | $ - | $ 360.00 | 0.8 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: confer about motion to compel | 0.1 | 8/26/2021 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Analyze and draft correspondence to John Ivan (0.2) | 0.2 | 8/27/2021 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to cocounsel Re: status report | 0.1 | 11/23/2021 | DM | $ 450.00 | No | $ 45.00 | $ - | $ - | 0.0 | 45.00 | 0.1 |
| Draft and analyze correspondence re scheduling order and notice to clas members | 0.4 | 11/29/2021 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence re: notice | 0.2 | 11/30/2021 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Analzye correspondence from Court Re: scheduling order | 0.2 | 12/3/2021 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Analzye correspondence from Court Re: consent to join | 0.1 | 1/10/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: respond to D's counsel's claim that Pls are giving up, request Ds stop retaliating, address drunken rage incident against Prince | 0.5 | 2/1/2022 | DM | $ 450.00 | Yes | $ 225.00 | $ - | $ 225.00 | 0.5 | $ - | 0.0 |
| Analyze correspondence from Court Re: consent to join | 0.1 | 2/2/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft and analyze correspondence re notices of consent | 0.7 | 2/7/2022 | DM | $ 450.00 | Yes | $ 315.00 | $ - | $ 315.00 | 0.7 | $ - | 0.0 |
| Draft and analyze correspondence re schedling plan | 0.5 | 2/15/2022 | DM | $ 450.00 | Yes | $ 225.00 | $ - | $ 225.00 | 0.5 | $ - | 0.0 |
| Draft and analyze correspondence re: confer about proposed scheduling order | 0.6 | 2/18/2022 | DM | $ 450.00 | Yes | $ 270.00 | $ - | $ 270.00 | 0.6 | $ - | 0.0 |
| Draft and analyze correspondence re conferral about mediation and scheduling order | 0.4 | 2/22/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: follow up with D counsel to make sure he has the Court's order to produce payroll records and participate in settlement efforts, including mediation | 0.2 | 2/23/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: remind D counsel re court ordered deadline to produce payroll records and request names of mediators | 0.2 | 3/1/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Analyze correspondence from Court Re: order reassigning case | 0.1 | 3/4/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: Ds failure to timely produce court ordered documents is throwing schedule off | 0.4 | 3/14/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| draft motion to compel discovery of payroll records not produced by deadline in court's order | 3.2 | 3/17/2022 | DM | $ 450.00 | Yes | $ 1,440.00 | $ - | $ 1,440.00 | 3.2 | $ - | 0.0 |
| Draft and analyze correspondenc re: scheduling order | 0.3 | 3/17/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: resending court notice to John Ivan | 0.1 | 3/23/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft and analyze correspondence Re: D failure to respond to Court's order to show cause | 0.5 | 4/4/2022 | DM | $ 450.00 | Yes | $ 225.00 | $ - | $ 225.00 | 0.5 | $ - | 0.0 |
| draft reply iso motion to compel discovery | 0.3 | 4/12/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft and analyze correspondence Re: hearing | 0.4 | 4/12/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Analzye correspondence from Court Re: docket text correction | 0.1 | 4/18/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft and analyze correspondence re request the Court extend deadlines because D did not timely produce payroll and time records. | 0.7 | 4/19/2022 | DM | $ 450.00 | Yes | $ 315.00 | $ - | $ 315.00 | 0.7 | $ - | 0.0 |
| Draft correspondence to cocounsel re motion to extend deadlines | 0.3 | 4/20/2022 | DM | $ 450.00 | No | $ 135.00 | $ - | $ - | 0.0 | $ 135.00 | 0.3 |
| Draft and analyze correspondence re hearing for D counsel to show cause | 0.3 | 4/22/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: failure to timely respond to discovery | 0.4 | 4/26/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft analyze correspondence re D's claim that it never received discovery, and show cause hearing for failure to produce court ordered documents | 0.7 | 4/27/2022 | DM | $ 450.00 | Yes | $ 315.00 | $ - | $ 315.00 | 0.7 | $ - | 0.0 |
| Draft and analyze correspondence about motion to compel discovery for failure to respond, failure to produce documents (1.0), analyze efiled documents (0.3) | 1.3 | 4/28/2022 | DM | $ 450.00 | Yes | $ 585.00 | $ - | $ 585.00 | 1.3 | $ - | 0.0 |
| Draft and analyze correspondence re court filings and rescheduling due to D counsel's health | 0.4 | 5/2/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft and analyze correspondence about Pls first set of discovery to Ds | 0.2 | 5/6/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: request to supplement missing payroll | 0.3 | 5/17/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: called to make sure defense counsel received request to supplement missing payroll | 0.1 | 5/18/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Analyze correspondence from John Ivan Re: sending documents | 0.3 | 5/20/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: request KC Tree supplement rog response with equipment list it promised to supplement | 0.3 | 5/27/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: follow up about request that KC Tree supplement rog response with equipment list | 0.2 | 5/31/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to cocounsel Re: damage model and updated costs | 0.3 | 6/2/2022 | DM | $ 450.00 | No | $ 135.00 | $ - | $ - | 0.0 | $ 135.00 | 0.3 |
| Draft and analyze correspondence to D counsel re damage model | 0.4 | 6/3/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: follow up about equipment list KC Tree promised to supplement in rogs | 0.3 | 6/9/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: follow up about equipment list KC Tree promised to supplement in rogs | 0.1 | 6/9/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft correspondence to clients re case update | 0.4 | 6/9/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft Plaintiffs' damage model including unpaid overtime, liquidated damages, with ability to instantly update for 2-year or 3-year limitations and number of hours worked per day | 4.5 | 6/10/2022 | DM | $ 450.00 | Yes | $ 2,025.00 | $ - | $ 2,025.00 | 4.5 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: convey settlement demand | 0.5 | 6/10/2022 | DM | $ 450.00 | Yes | $ 225.00 | $ - | $ 225.00 | 0.5 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: follow up about list of equipment KC Tree agreed to supplement in rog responses | 0.3 | 6/21/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: request for KC Tree to verify supplement to interrogatories | 0.3 | 6/22/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: request for KC Tree to verify supplement to interrogatories | 0.2 | 6/23/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: follow up about no response about mediation scheduling | 0.2 | 6/28/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: follow up about no response re mediation and reminder settlement offer is due tomorrow | 0.2 | 6/30/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft and analyze correspondence with John Ivan Re: defendant's settlement offer is due but none received | 0.7 | 7/1/2022 | DM | $ 450.00 | Yes | $ 315.00 | $ - | $ 315.00 | 0.7 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: failure to respond to P's court ordered settlement demand | 0.4 | 7/5/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: depositions | 0.4 | 7/6/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: 30b6 deposition notice and medition | 0.4 | 7/7/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: scheduling mediation | 0.3 | 7/11/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: scheduling mediation | 0.3 | 7/13/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Analyze correspondencer re: settlement offer | 0.5 | 7/15/2022 | DM | $ 450.00 | Yes | $ 225.00 | $ - | $ 225.00 | 0.5 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft and analyze correspondence e: follow up about joint mediation statement for court that is now overdue | 0.5 | 7/18/2022 | DM | $ 450.00 | Yes | $ 225.00 | $    - | $ 225.00 | 0.5 | $    - | 0.0 |
| Draft correspondence to John Ivan Re: follow up about joint mediation statement for court that is now overdue | 0.2 | 7/19/2022 | DM | $ 450.00 | Yes | $ 90.00 | $    - | $ 90.00 | 0.2 | $    - | 0.0 |
| Draft and analyze correspondence re: follow up about joint mediation statement for court that is now overdue due to D's failure to respond | 0.8 | 7/20/2022 | DM | $ 450.00 | Yes | $ 360.00 | $    - | $ 360.00 | 0.8 | $    - | 0.0 |
| Draft correspondence to John Ivan Re: availability of videoconferencing equipment for deposition of Zach Johnson | 0.2 | 8/8/2022 | DM | $ 450.00 | Yes | $ 90.00 | $    - | $ 90.00 | 0.2 | $    - | 0.0 |
| Draft correspondence to John Ivan Re: follow up about deposition setting of Zach Johnson | 0.3 | 8/9/2022 | DM | $ 450.00 | Yes | $ 135.00 | $    - | $ 135.00 | 0.3 | $    - | 0.0 |
| Analyze correspondence from staff | 0.2 | 8/30/2022 | DM | $ 450.00 | Yes | $ 90.00 | $    - | $ 90.00 | 0.2 | $    - | 0.0 |
| Draft correspondence to John Ivan Re: zoom information for deposition of Zach Johnson | 0.2 | 9/1/2022 | DM | $ 450.00 | Yes | $ 90.00 | $    - | $ 90.00 | 0.2 | $    - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| prepare for deposition of Zachary Johnson, including research criminal history of Zach Johnson (0.5), research litigation history of KC Tree, in particular, regarding FLSA, analyze Sullivan case (0.9), research and analyze public records re KC Tree and Zach Johnson, including company size, purpose, locations, other entities that may be included in an FLSA enterprise for purposes of coverage (0.8), prepare outline for deposition | 2.2 | 9/7/2022 | DM | $ 450.00 | Yes | $ 990.00 | $ - | $ 990.00 | 2.2 | $ - | 0.0 |
| Depose Zachary Johnson as 30b6 witness of KC Tree (3.4), videoconference with KC Tree and counsel after deposition in effort to confer in advance of mediation about the issues and resolution of the case (0.5), research how courts have dealt with alleged opt out letters by plaintiffs in flsa cases (1.5) | 5.4 | 9/8/2022 | DM | $ 450.00 | Yes | $ 2,430.00 | $ - | $ 2,430.00 | 5.4 | $ - | 0.0 |
| Draft correspondence to clients Re: mediation (0.7) and draft and analyze correspondence about deposition (0.3) | 1.0 | 9/8/2022 | DM | $ 450.00 | Yes | $ 450.00 | $ - | $ 450.00 | 1.0 | $ - | 0.0 |
| research enterprise coverage to prepare for summary judgment , including comprehensive review of its history because KC Tree claims purely intrastate, coming to rest, not worked on, etc. | 2.1 | 9/9/2022 | DM | $ 450.00 | No | $ 945.00 | $ - | $ - | 0.0 | 945.00 | 2.1 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| research cases regarding applicability of FLSA to disaster companies and any particular exemptions that may apply to disaster companies because KC Tree keeps claiming it is exempt under an emergency advance contract | 1.6 | 9/9/2022 | DM | $ 450.00 | No | $ 720.00 | $ - | $ - | 0.0 | $ 720.00 | 1.6 |
| research cases regarding preclusion of good faith if the violation is found to be willful in the 10th circuit in preparation for summary judgment | 1.4 | 9/9/2022 | DM | $ 450.00 | No | $ 630.00 | $ - | $ - | 0.0 | $ 630.00 | 1.4 |
| Draft correspondence to clients Re: mediation (0.3), draft correspondence to D re confirming receipt (0.1) | 0.3 | 9/9/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| research additional cases, in particular 10th circuit case law rearding preclusion of good faith if the violation is found to be willful | 1.8 | 9/12/2022 | DM | $ 450.00 | No | $ 810.00 | $ - | $ - | 0.0 | $ 810.00 | 1.8 |
| research caselaw regarding KC Tree's so called "207(f)" exemption in preparatio for msj | 0.8 | 9/12/2022 | DM | $ 450.00 | No | $ 360.00 | $ - | $ - | 0.0 | $ 360.00 | 0.8 |
| Draft correspondence to John Ivan Re: ADR form completed by Plaintiffs that defense must file under local rules | 0.4 | 9/29/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: request for response about ADR form that defense counsel must file that we prepared | 0.3 | 9/30/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: request for response to settlement demand | 0.3 | 10/27/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| analyze correspondence re: pretrial order | 0.2 | 10/30/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: settlement demand and request to respond before spending time on the joint pretrial order coming up. | 0.4 | 10/31/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: request for response to settlement demand | 0.3 | 11/1/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: request to confer about the joint pretrial order | 0.2 | 11/8/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| draft proposed joint pretrial order | 3.8 | 11/10/2022 | DM | $ 450.00 | Yes | $ 1,710.00 | $ - | $ 1,710.00 | 3.8 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: request to confer about the joint pretrial order (0.2), draft correspondence to local counsel re D counsel's failure to respond same (0.1) | 0.3 | 11/10/2022 | DM | $ 450.00 | Yes | $ 135.00 | $ - | $ 135.00 | 0.3 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: request to confer about the joint pretrial order | 0.2 | 11/11/2022 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft correspondence to John Ivan Re: telephone conference to discuss the joint pretrial order and plan to file unilaterally absent a response (0.4), draft and analyze correspondence re joint pretrial orde and exhibit (0.6), draft and analyze correspondence re suggested correspondence to Court re Ds counsel failure to respond (0.5). | 1.5 | 11/14/2022 | DM | $ 450.00 | Yes | $ 675.00 | $ - | $ 675.00 | 1.5 | $ - | 0.0 |
| analyze proposed edits from KC Tree and draft revisions | 1.1 | 11/15/2022 | DM | $ 450.00 | Yes | $ 495.00 | $ - | $ 495.00 | 1.1 | $ - | 0.0 |
| Draft and analyze correspondence re pretrial order | 0.4 | 11/15/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| draft further revisions to the jpto after conferrals with defense counsel and analyze counter drafts | 2.2 | 11/16/2022 | DM | $ 450.00 | Yes | $ 990.00 | $ - | $ 990.00 | 2.2 | $ - | 0.0 |
| Draft and analyze correspondence with John Ivan Re: edits to the proposed joint pretrial order | 0.6 | 11/16/2022 | DM | $ 450.00 | Yes | $ 270.00 | $ - | $ 270.00 | 0.6 | $ - | 0.0 |
| Draft and analyze correspondence re: confer about pretrial order and conference | 0.6 | 11/17/2022 | DM | $ 450.00 | Yes | $ 270.00 | $ - | $ 270.00 | 0.6 | $ - | 0.0 |
| Analyze correspondence from John Ivan | 0.1 | 11/18/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Analyze correspondence from John Ivan | 0.1 | 11/18/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Research and analyze how courts in the 10th circuit have applied Anderson v Mt Clements Pottery for msj | 1.2 | 11/29/2022 | DM | $ 450.00 | Yes | $ 540.00 | $ - | $ 540.00 | 1.2 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| draft revisions to jpto (0.5) represent plaintiffs at pretrial conference (0.4) | 0.9 | 11/29/2022 | DM | $ 450.00 | Yes | $ 405.00 | $ - | $ 405.00 | 0.9 | $ - | 0.0 |
| Draft and analyze correspondence with D counsel re joint pretrial order and whether the parties consent to a magistrate for trial (0.4) analyze filings re pretrial conference (0.3) | 0.4 | 11/29/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| draft correspondence to Court  Re: revised pretrial order | 0.1 | 12/1/2022 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft and analyze correspondence with John Ivan re pretrial order and trial setting | 0.4 | 12/1/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| for msj research difference between the "engaged in commerce" standard under both individual and enterprise coverage under the FLSA because the Plaintiffs may be able to show they meet the individually engaged prong of the enterprise coverage test | 0.9 | 12/6/2022 | DM | $ 450.00 | Yes | $ 405.00 | $ - | $ 405.00 | 0.9 | $ - | 0.0 |
| For msj research enterprise coverage under Sanchez v M&F, in particular the distinction between goods and materials and how the coming to rest doctrine urged by KC Tree doesn't apply | 0.4 | 12/8/2022 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| For msj research and analyze Polycarpe and related cases regarding enterprise coverage | 1.6 | 12/9/2022 | DM | $ 450.00 | No | $ 720.00 | $ - | $ - | 0.0 | $ 720.00 | 1.6 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| For msj research enterprise coverage under Molina-Aranda v Black Magic Enterprises, in particular how enterprise coverage applies to purely intrastate work as contested by KC Tree | 0.6 | 12/12/2022 | DM | $ 450.00 | Yes | $ 270.00 | $ - | $ 270.00 | 0.6 | $ - | 0.0 |
| Research standard for employer and employee under the FLSA, specifically, the effect of an employer's withholding of payroll taxes on the economic realities standard for employment under the FLSA, including the 5th Circuit's decision in Hathcock v Acme Truck Lines. | 0.8 | 12/13/2022 | DM | $ 450.00 | Yes | $ 360.00 | $ - | $ 360.00 | 0.8 | $ - | 0.0 |
| research and analyze case law for the standard for enterprise coverage | 4.8 | 12/14/2022 | DM | $ 450.00 | No | $ 2,160.00 | $ - | $ - | 0.0 | $ 2,160.00 | 4.8 |
| For MSJ research and analyze enterprise coverage standard, in particular it's applicability to virtually every business doing more than $500k in business annually | 0.6 | 12/14/2022 | DM | $ 450.00 | Yes | $ 270.00 | $ - | $ 270.00 | 0.6 | $ - | 0.0 |
| Draft motion for summary judgment (9.0), Research and analyze case law, statutes, and regulations re applicability of KC Tree's alleged "207(g)" defense for payment of piece rates  (note: this is a defense not seen by counsel in over 17 years of exclusive wage and hour practice) (2.0) | 11.0 | 12/15/2022 | DM | $ 450.00 | Yes | $ 4,950.00 | $ - | $ 4,950.00 | 11.0 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| research and analyze case law in 10th Circuit regarding standard for enterprise coverage (2.5), Research and analyze case law re applicability of enterprise coverage to landscaping and disaster companies (1.9) | 4.4 | 12/15/2022 | DM | $ 450.00 | No | $ 1,980.00 | $ - | $ - | 0.0 | $ 1,980.00 | 4.4 |
| Research and analyze 10th Circuit case law for citations re prima facie FLSA case (3.1) draft motion for summary judgment (7.1) | 10.2 | 12/16/2022 | DM | $ 450.00 | Yes | $ 4,590.00 | $ - | $ 4,590.00 | 10.2 | $ - | 0.0 |
| Research and analyze 10th Circuit case law re regular rates for employees earning day rates, piece rates, hourly rates, and/or combinations of rates (1.8), research and analyze case law in 10th Circuit regarding shifting burden for proving hours when employer does not have records of hours worked (1.5), draft motion for summary judgment (3.3) | 6.6 | 12/19/2022 | DM | $ 450.00 | Yes | $ 2,970.00 | $ - | $ 2,970.00 | 6.6 | $ - | 0.0 |
| research and analyze case law re whether the regular rate and calculation of overtime pay is a question of law for the Court or a fact question for the jury in the 10th Circuit (2.5), research and analyze 10th Circuit case law regarding good faith (2.4), draft motion for summary judgment (7.0) | 11.9 | 12/20/2022 | DM | $ 450.00 | Yes | $ 5,355.00 | $ - | $ 5,355.00 | 11.9 | $ - | 0.0 |
| draft motion for summary judgment | 0.8 | 12/21/2022 | DM | $ 450.00 | Yes | $ 360.00 | $ - | $ 360.00 | 0.8 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| research and analyze 10th circuit case law regarding willfulness under the FLSA (2.2); research and analyze case law re effect of failing to plead limitations defense on the limitations period under the FLSA's 2-tiered regular/willful limitations periods (3.4), draft motion for summary judgment (6.9) | 12.5 | 12/22/2022 | DM | $ 450.00 | Yes | $ 5,625.00 | $     - | $ 5,625.00 | 12.5 | $     - | 0.0 |
| Draft motion for summary judgment (8.3), research and analyze case law in 10th Circuit to find citations for summary judgment motion re standards for summary judgment on issues for which the movant bears the burden of proof and issues for which the movant does not bear the burden of proof (1.8) | 10.1 | 12/27/2022 | DM | $ 450.00 | Yes | $ 4,545.00 | $     - | $ 4,545.00 | 10.1 | $     - | 0.0 |
| research and analyze case law in 10th Circuit to find citations for motion for summary judgment regarding the standard for applying 207(f) and (g) exemptions, specifically whether the Defendant must prove every element, and what elements must be proven (3.2), draft motion for summary judgment (11.1), draft declaration of moulton in support (0.5) - write off 3 hours of research | 14.8 | 1/3/2023 | DM | $ 450.00 | Yes | $ 6,660.00 | $ (1,350.00) | $ 5,310.00 | 11.8 | $ 1,350.00 | 3.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| draft motion for summary judgment (3.4) confer with local counsel re motion and make edits (0.4), draft declaratio of d moulton in support (2.4) | 6.2 | 1/4/2023 | DM | $ 450.00 | Yes | $ 2,790.00 | $  - | $ 2,790.00 | 6.2 | $  - | 0.0 |
| Draft correspondence to cocounsel | 0.2 | 1/4/2023 | DM | $ 450.00 | Yes | $ 90.00 | $  - | $ 90.00 | 0.2 | $  - | 0.0 |
| Draft correspondence to cocounsel | 0.1 | 1/4/2023 | DM | $ 450.00 | Yes | $ 45.00 | $  - | $ 45.00 | 0.1 | $  - | 0.0 |
| Draft and analyze correspondence re msj filings (0.4) analyze correspondence from D counse accusing Ps of misconduct in sending proposed order (0.3) | 0.7 | 1/5/2023 | DM | $ 450.00 | Yes | $ 315.00 | $  - | $ 315.00 | 0.7 | $  - | 0.0 |
| Draft and analyze correspondence re Ds' motion for extension, trial scheduling | 0.4 | 1/18/2023 | DM | $ 450.00 | Yes | $ 180.00 | $  - | $ 180.00 | 0.4 | $  - | 0.0 |
| Draft and analyze correspondence re D's request for additonal time to respond to msj | 0.5 | 1/19/2023 | DM | $ 450.00 | Yes | $ 225.00 | $  - | $ 225.00 | 0.5 | $  - | 0.0 |
| Draft and analyze correspondence re Ds request for additona time to respond to msj | 0.4 | 1/20/2023 | DM | $ 450.00 | Yes | $ 180.00 | $  - | $ 180.00 | 0.4 | $  - | 0.0 |
| Analyze opposition to motion for summary judgment (0.3), analyze evidence against undisputed facts to determine which facts are contested and whether dispute is material for summary judgment purposes (1.2), tcw W Prince re need for declaration re letter he signed (0.2) | 1.7 | 1/25/2023 | DM | $ 450.00 | Yes | $ 765.00 | $  - | $ 765.00 | 1.7 | $  - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Analyze ds resp to msj, prepare notes re contested facts and additional facts for our reply | 0.5 | 1/25/2023 | DM | $ 450.00 | Yes | $ 225.00 | $ - | $ 225.00 | 0.5 | $ - | 0.0 |
| Analyze correspondence Re: response to msj | 0.4 | 1/25/2023 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| Analyze and summarize Defendant's rebuttal facts and separate facts, research citations to the record to see if there has been any fact issues raised (1.6), research rule requiring defendant to cite to evidence because they failed to do so (0.3), tcw William Prince re: circumstances of why and how he signed a letter purporting to drop out of the case (0.3) | 2.2 | 1/26/2023 | DM | $ 450.00 | Yes | $ 990.00 | $ - | $ 990.00 | 2.2 | $ - | 0.0 |
| Continue to analyze ds resp to msj, prepare notes re contested facts and additional facts for our reply 1.2 | 1.2 | 1/26/2023 | DM | $ 450.00 | Yes | $ 540.00 | $ - | $ 540.00 | 1.2 | $ - | 0.0 |
| Analyze filings including docket correction | 0.2 | 1/26/2023 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| Analyze opposition to motion for summary judgment to identify additional evidence that may be needed (1.8), identify topics that must be addressed in the reply (1.7), begin drafing declaration of William Prince (1.1), confer with Prince re declaration (0.4), Draft outline for reply (1.2), analyze motion for compliance with local rule 56.1 re facts must be supported, and analyze evidence for lack of authentication (0.8). | 7.0 | 1/27/2023 | DM | $ 450.00 | Yes | $ 3,150.00 | $ - | $ 3,150.00 | 7.0 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| draft supplemental decl of William Prince | 2.2 | 1/27/2023 | DM | $ 450.00 | Yes | $ 990.00 | $ - | $ 990.00 | 2.2 | $ - | 0.0 |
| draft supplemental decl of William Prince | 3.9 | 1/30/2023 | DM | $ 450.00 | Yes | $ 1,755.00 | $ - | $ 1,755.00 | 3.9 | $ - | 0.0 |
| Draft and revise declaration of William Prince for reply | 2.2 | 1/30/2023 | DM | $ 450.00 | Yes | $ 990.00 | $ - | $ 990.00 | 2.2 | $ - | 0.0 |
| draft supplemental decl of William Prince | 2.1 | 1/31/2023 | DM | $ 450.00 | Yes | $ 945.00 | $ - | $ 945.00 | 2.1 | $ - | 0.0 |
| Analyze Ds motion to disqualify Plaintiffs' counsel (0.2), analyze Ds motion for decertification (0.2), Research case deadlines (0.2), research standards for motion to strike (0.8), research standards for motion to expedite (0.3), draft expedited motion to strike Ds untimely motion for decertification (0.9). | 2.6 | 2/1/2023 | DM | $ 450.00 | Yes | $ 1,170.00 | $ - | $ 1,170.00 | 2.6 | $ - | 0.0 |
| analyze KC Tree's motion to decertify class (0.7), draft motion to strike KC Tree's motion to decertify as untimely (1.8) | 2.5 | 2/1/2023 | DM | $ 450.00 | Yes | $ 1,125.00 | $ - | $ 1,125.00 | 2.5 | $ - | 0.0 |
| Analzye correspondence from Court Re: motion to strike | 0.2 | 2/2/2023 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft reply in support of motion for summary judgment including research case law on failure to comply with D. Kan. Rule 56.1 (0.4), draft section on failure to comply with Rule 56.1 (1.2), draft hearsay objections (0.8), draft objections to authenticity (0.7), draft response to Ds' Additional Facts (4.3), draft suppl decl. of william prince (0.4), draft sections re failure to show fact issues on employment (0.6), and enterprise coverage (2.8) | 10.6 | 2/6/2023 | DM | $ 450.00 | Yes | $ 4,770.00 | $    - | $ 4,770.00 | 10.6 | $    - | 0.0 |
| draft reply iso msj | 9.5 | 2/6/2023 | DM | $ 450.00 | Yes | $ 4,275.00 | $    - | $ 4,275.00 | 9.5 | $    - | 0.0 |
| draft reply iso msj | 11.2 | 2/7/2023 | DM | $ 450.00 | Yes | $ 5,040.00 | $    - | $ 5,040.00 | 11.2 | $    - | 0.0 |
| research and analyze 10th circuit and suprement court decisions on enterprise coverage because KC Tree alleges the 10th Cir and the S Ct. have not addresses enterprise coverage | 2.8 | 2/7/2023 | DM | $ 450.00 | Yes | $ 1,260.00 | $    - | $ 1,260.00 | 2.8 | $    - | 0.0 |
| draft supplemental declaration of d moulton for reply iso msj | 0.2 | 2/7/2023 | DM | $ 450.00 | Yes | $   90.00 | $    - | $   90.00 | 0.2 | $    - | 0.0 |
| research and analyze how D Kan rule 56.1 is applied by the courts (3.4), research and analyze enterprise coverage decisions in the Supreme Court (1.2) | 4.6 | 2/8/2023 | DM | $ 450.00 | Yes | $ 2,070.00 | $    - | $ 2,070.00 | 4.6 | $    - | 0.0 |
| draft reply iso msj | 3.9 | 2/8/2023 | DM | $ 450.00 | Yes | $ 1,755.00 | $    - | $ 1,755.00 | 3.9 | $    - | 0.0 |
| draft reply to msj (2.8), research district cases on local rule 56.1, hearsay, and authentication as it pertains to summary judgment (0.4) draft decl to authenticate Prince suppl decl (0.3) | 3.5 | 2/8/2023 | DM | $ 450.00 | Yes | $ 1,575.00 | $    - | $ 1,575.00 | 3.5 | $    - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Analzye correspondence from Court Re: reply to msj | 0.2 | 2/8/2023 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| draft reply iso msj incl objections to evidence and standard for presenting, failures to demonstrage material facts, declaration of william prince, research alleged lack of cases on enterprise coverage | 10.5 | 2/8/2023 | DM | $ 450.00 | Yes | $ 4,725.00 | $ - | $ 4,725.00 | 10.5 | $ - | 0.0 |
| draft conferral letter to D re motion to expedite ruling on motion to strike | 0.4 | 2/9/2023 | DM | $ 450.00 | Yes | $ 180.00 | $ - | $ 180.00 | 0.4 | $ - | 0.0 |
| call ivan and leave msg re motion to strike (.1) analyze resp to mot to strike (0.2) analyze order re motion to strike (0.2) draft motion to expedite until order came through (0.2) analyze motion to amend pretrial order (0.2) | 0.9 | 2/10/2023 | DM | $ 450.00 | Yes | $ 405.00 | $ - | $ 405.00 | 0.9 | $ - | 0.0 |
| Research standard for modifying scheduling orders (1.5), research standard for decertification, including whether the collective must be finally certified as alleged by D (1.8) Research standard for prejudice in D Kan (1.4) | 4.7 | 2/13/2023 | DM | $ 450.00 | Yes | $ 2,115.00 | $ - | $ 2,115.00 | 4.7 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft opposition to motion for enlargement of time and reply in support of motion to strike (combined document) (6.4),For Plaintiffs' opposition to D's motion to set aside pro hac vice admission of D. Moulton: research whether determination of regular rae and overtime premium due under the FLSA is a question for the Court or jury and whether other circuits have addresses this issue besides the 5th because the damages D. Moulton calculated are just the legal conclusion to the undisputed facts (as noted by Ps in their MSJ) and he's not testifying as a witness. (1.5) | 7.9 | 2/14/2023 | DM | $ 450.00 | Yes | $ 3,555.00 | $    - | $ 3,555.00 | 7.9 | $    - | 0.0 |
| draft reply in support of motion to strike KC Tree's motion to decertify class | 6.5 | 2/14/2023 | DM | $ 450.00 | Yes | $ 2,925.00 | $    - | $ 2,925.00 | 6.5 | $    - | 0.0 |

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft opposition to motion to disqualify counsel, including research KPRC 3.7 standards for disqualification of a lawyer (1.1), research prevalance of FLSA damages supported by attorney declarations, locating several orders from other courts re same (3.2), research whether damages are a legal issue for the court in 10th cir (2.1), analyze Defendant's brief which cites nothing, riddled with typos and does not identify anything wrong specifically (1.4), draft opposition to motion to disqualify (2.8) | 10.6 | 2/15/2023 | DM | $ 450.00 | Yes | $ 4,770.00 | $    - | $ 4,770.00 | 10.6 | $    - | 0.0 |
| confer with local counsel re opposition to motion to strike and make revisions to response 1.8 | 1.8 | 2/16/2023 | DM | $ 450.00 | Yes | $ 810.00 | $    - | $ 810.00 | 1.8 | $    - | 0.0 |
| Analzye correspondence from Court Re: opposition to motion | 0.1 | 2/16/2023 | DM | $ 450.00 | Yes | $ 45.00 | $    - | $ 45.00 | 0.1 | $    - | 0.0 |
| draft opposition to KC Tree's motion to decertify class. (Note: Absent a ruling from the Court on our ripe motion to strike (fully briefed as of 2/14) we have to draft an opposition due on 2/22) | 9.6 | 2/17/2023 | DM | $ 450.00 | Yes | $ 4,320.00 | $    - | $ 4,320.00 | 9.6 | $    - | 0.0 |
| Draft and analyze correspondence re confer about opposition to decertification, order on motion to amend scheduling order | 0.6 | 2/17/2023 | DM | $ 450.00 | Yes | $ 270.00 | $    - | $ 270.00 | 0.6 | $    - | 0.0 |
| Draft opposition to motion to amend pto | 5.7 | 2/20/2023 | DM | $ 450.00 | Yes | $ 2,565.00 | $    - | $ 2,565.00 | 5.7 | $    - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| draft opposition to KC Tree's motion to decertify class. (Note: Absent a ruling from the Court on our ripe motion to strike (fully briefed as of 2/14) we have to draft an opposition due on 2/22. Quit working on it as soon as the order came through on 2/20) | 2.2 | 2/20/2023 | DM | $ 450.00 | Yes | $ 990.00 | $     - | $ 990.00 | 2.2 | $     - | 0.0 |
| Draft and analye correspondence re: Court's preferences and order for trial | 0.7 | 2/21/2023 | DM | $ 450.00 | Yes | $ 315.00 | $     - | $ 315.00 | 0.7 | $     - | 0.0 |
| Analzye correspondence from Court Re: order setting pretrial deadlines | 0.1 | 3/3/2023 | DM | $ 450.00 | Yes | $ 45.00 | $     - | $ 45.00 | 0.1 | $     - | 0.0 |
| Draft correspondence to clients Re: trial update and schedule | 0.5 | 3/4/2023 | DM | $ 450.00 | Yes | $ 225.00 | $     - | $ 225.00 | 0.5 | $     - | 0.0 |
| TCW John Ivan re Court's Order re MSJ, settlement, stipulating to damages, whether KC Tree will appeal (0.8), Draft and analyze correspondence to John Ivan Re: ruling on summary judgment and the only issue left for trial is damages (0.3) | 1.1 | 3/9/2023 | DM | $ 450.00 | Yes | $ 495.00 | $     - | $ 495.00 | 1.1 | $     - | 0.0 |
| Draft correspondence to John Ivan Re: issues about damages (0.2), Draft correspondence to clients Re: case update, including results of summary judgment, issues for trial (0.7) | 0.9 | 3/10/2023 | DM | $ 450.00 | Yes | $ 405.00 | $     - | $ 405.00 | 0.9 | $     - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Analyze correspondence from KC Tree re KC Trees renewed efforts to locate time documents and various questions about the damages (0.2), draft response to questions and address various concerns about the damges with citations to evidence (1.8) | 2.0 | 3/14/2023 | DM | $ 450.00 | Yes | $ 900.00 | $ - | $ 900.00 | 2.0 | $ - | 0.0 |
| Draft correspondence and leave vm with D counsel re following up about damages and the pretrial conference | 0.2 | 3/16/2023 | DM | $ 450.00 | Yes | $ 90.00 | $ - | $ 90.00 | 0.2 | $ - | 0.0 |
| TCW John Ivan re damages | 0.1 | 3/17/2023 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: arguments about damages; draft and analyze correspondence about fees and costs (0.3) | 2.5 | 3/21/2023 | DM | $ 450.00 | Yes | $ 1,125.00 | $ - | $ 1,125.00 | 2.5 | $ - | 0.0 |
| Draft stipulation re damages (0.9), draft correspondence to John Ivan Re: stipulation about damages and hearing on damages (0.3), analyze correspondence re entry of judgment and orders filed today (0.3). | 1.5 | 3/22/2023 | DM | $ 450.00 | Yes | $ 675.00 | $ - | $ 675.00 | 1.5 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: confer about fees and costs (0.7), draft and analyze correspondene re receipts and biling records | 1.0 | 3/27/2023 | DM | $ 450.00 | Yes | $ 450.00 | $ - | $ 450.00 | 1.0 | $ - | 0.0 |
| Draft correspondence to John Ivan Re: confer about fees and costs | 0.1 | 3/28/2023 | DM | $ 450.00 | Yes | $ 45.00 | $ - | $ 45.00 | 0.1 | $ - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Draft and analyze correspondence re: fees and costs | 0.7 | 3/29/2023 | DM | $ 450.00 | Yes | $ 315.00 | $    - | $ 315.00 | 0.7 | $    - | 0.0 |
| TCW John Ivan re fees and costs | 0.1 | 4/1/2023 | DM | $ 450.00 | | $ 45.00 | | $ 45.00 | 0.1 | $    - | 0.0 |
| Draft motion for fees and costs | 1.8 | 4/3/2023 | DM | $ 450.00 | | $ 810.00 | | $ 810.00 | 1.8 | $    - | 0.0 |
| Draft motion for fees and costs (8.7), Draft Decl. in support of fees and costs (1.2) | 9.9 | 4/5/2023 | DM | $ 450.00 | | $ 4,455.00 | | $ 4,455.00 | 9.9 | $    - | 0.0 |
| draft motion for summary judgment | 0.3 | 1/2/2023 | RB | $ 700.00 | Yes | $ 210.00 | $    - | $ 210.00 | 0.3 | $    - | 0.0 |
| draft motion for summary judgment (2.5) | 2.5 | 1/3/2023 | RB | $ 700.00 | Yes | $ 1,750.00 | $    - | $ 1,750.00 | 2.5 | $    - | 0.0 |
| draft motion to strike KC Tree's motion to decertify | 0.3 | 2/1/2023 | RB | $ 700.00 | Yes | $ 210.00 | $    - | $ 210.00 | 0.3 | $    - | 0.0 |
| Draft expedited motion to strike Ds untimely motion for decertification | 0.5 | 2/1/2023 | RB | $ 700.00 | Yes | $ 350.00 | $    - | $ 350.00 | 0.5 | $    - | 0.0 |
| draft reply iso msj - wrote off 1.5 hours | 2.8 | 2/7/2023 | RB | $ 700.00 | Yes | $ 1,960.00 | $ (1,050.00) | $ 910.00 | 1.3 | $ 1,050.00 | 1.5 |
| draft reply in support of motion to strike KC Tree's motion to decertify class | 1.8 | 2/14/2023 | RB | $ 700.00 | Yes | $ 1,260.00 | $    - | $ 1,260.00 | 1.8 | $    - | 0.0 |
| Draft opposition to motion for enlargement of time and reply in support of motion to strike (combined document) | 1.5 | 2/14/2023 | RB | $ 700.00 | Yes | $ 1,050.00 | $    - | $ 1,050.00 | 1.5 | $    - | 0.0 |
| draft ps' opposition to d's m to dq counsel | 2.0 | 2/15/2023 | RB | $ 700.00 | Yes | $ 1,400.00 | $    - | $ 1,400.00 | 2.0 | $    - | 0.0 |
| Draft opposition to motion to disqualify counsel | 2.0 | 2/15/2023 | RB | $ 700.00 | Yes | $ 1,400.00 | $    - | $ 1,400.00 | 2.0 | $    - | 0.0 |
| draft opposition to KC Tree's motion to decertify class | 1.1 | 2/20/2023 | RB | $ 700.00 | Yes | $ 770.00 | $    - | $ 770.00 | 1.1 | $    - | 0.0 |
| TC with LC re new case and filing options | 0.2 | 8/6/2019 | RS | $ 425.00 | Yes | $ 85.00 | $    - | $ 85.00 | 0.2 | $    - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Fees Section**

| Description | Time | Date | Biller | Rate | Incl? | Amount | Adjusted | Billed Amount | Billed Hours | Not Billed Amount | Not Billed Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TC with clients re facts of case including duties, hours, work locations, advise re responsibilities of litigants generally and those of class reps and answer questions and advise about the legal process (0.8), case evaluation due diligence inquiry re damages, potential exemptions, venue considerations, and viability (1.5), and draft collective action complaint (1.9) | 5.2 | 8/7/2019 | RS | $ 425.00 | Yes | $ 2,210.00 | $    - | $ 2,210.00 | 5.2 | $    - | 0.0 |
| draft first set of discovery to defendant, including interrogatories and requests for production | 1.9 | 2/21/2020 | RS | $ 425.00 | Yes | $ 807.50 | $    - | $ 807.50 | 1.9 | $    - | 0.0 |
| Analyze client documents and notes and draft initial disclosures | 1.0 | 2/24/2020 | RS | $ 425.00 | Yes | $ 425.00 | $    - | $ 425.00 | 1.0 | $    - | 0.0 |
| multiple TCs with OC re case and potential settlement | 1.0 | 4/1/2020 | RS | $ 425.00 | Yes | $ 425.00 | $    - | $ 425.00 | 1.0 | $    - | 0.0 |
| interview clients for declarations in support of conditional certification (4.5),draft and revise declarations for motion for conditional certification (4.2) | 8.7 | 4/23/2020 | RS | $ 425.00 | Yes | $ 3,697.50 | $    - | $ 3,697.50 | 8.7 | $    - | 0.0 |
| Research Court's orders and local Kansas District opinions re conditional certification (1.9), draft motion for conditional certification (8.9) | 10.8 | 4/24/2020 | RS | $ 425.00 | | $ 4,590.00 | | $ 4,590.00 | 10.8 | $    - | 0.0 |
| analyze and prepare sj exhibits, cover sheets, redaction review, and redaction | 1.6 | 1/4/2023 | SG | $ 125.00 | Yes | $ 200.00 | $    - | $ 200.00 | 1.6 | $    - | 0.0 |
| Draft response to motion to dismiss | 6.1 | 11/12/2019 | TJ | $ 325.00 | | $ 1,982.50 | | $ 1,982.50 | 6.1 | $    - | 0.0 |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Costs Summary Section**

| Cost Category | Total Cost Due | |
|---|---|---|
| Mediation | $ | 831.25 |
| Postage | $ | 103.37 |
| Depo Transcript | $ | 1,563.50 |
| **Grand Total** | **$** | **2,498.12** |

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Costs Section**

| Date | Type | Description | Amount Due |
|------|------|-------------|------------|
| 9/27/2022 | Mediation | Rick Merker Mediation Fee | $ 831.25 |
| 9/27/2022 | Depo Transcript | Transcript of Zachary Johnson Depo. CRC Inv No 179174 | $ 1,563.50 |
| 9/9/2022 | Postage | September 2022 Postage | $ 8.93 |
| 6/3/2022 | Postage | Co-counsel postage | $ 12.86 |
| 5/31/2022 | Postage | May 2022 Postage | $ 8.36 |
| 3/31/2022 | Postage | March 2022 Postage | $ 8.56 |
| 12/9/2021 | Postage | Postrage Mailing Class Notice | $ 64.66 |
| **Subtotal** | | | $ **2,498.12** |

*An additional $834.42 incurred by Williams Dirks Dameron LLC is itemized separately

**Total**             **$3,332.54**

*Prince v. Kansas City Tree, Inc.,*
2:19-cv-02653-KHV-JPO

**Rates Section**

| Time Keeper | Rate |
|---|---|
| DM | $ 450.00 |
| GS | $ 145.00 |
| RB | $ 700.00 |
| RS | $ 425.00 |
| SG | $ 125.00 |
| TJ | $ 325.00 |