# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM PRINCE, Individually and for Others Similarly Situated,<br><br>v.<br><br>KANSAS CITY TREE CARE, LLC | Case No. 2:19-cv-02653-KHV-JPO |

## DECLARATION OF RICHARD J. (REX) BURCH

I, Richard J. (Rex) Burch, state under penalty of perjury the following:

1. My name is Richard J. (Rex) Burch. I am serving as co-counsel for Plaintiffs.

2. I submit this declaration in support of Plaintiffs' request for attorney's fees.

3. I have personal knowledge of the factual matters set forth in this declaration and, if called to testify, could and would competently and truthfully testify thereto.

**Professional Background.**

4. I am the managing shareholder of Bruckner Burch PLLC.

5. Bruckner Burch maintains a national practice representing plaintiffs in employment law matters. *Martindale-Hubbell* rates the firm "A-V." *U.S. News & World Report* lists us as "Top Tier" (or "Tier 1") in employment law.

6. I am a member in good standing of the Texas State Bar. I am admitted to bar of the First, Second, Third, Fourth, Fifth, Sixth, Ninth, and Tenth Circuit Courts of Appeal, and more than a dozen federal district courts.

7. *Best Lawyers in America* rated me Houston's "Lawyer of the Year" in the category of "Employment Law – Individuals" for both 2020 and 2022. Only one lawyer in Houston (the 4th largest city in the USA) receives this ranking.

8. *Chambers & Partners* lists me as a "Band 1" (the highest band) lawyer for representing plaintiffs in employment law.

9. *Texas Monthly* and *Texas Lawyer* consistently list me as a "Super Lawyer."

10. Most of my career has involved litigating wage and hour cases, particularly those brought under the Fair Labor Standards Act (FLSA) and analogous state laws.

11. I served as lead counsel for workers in several important wage and hour cases. *See, e.g., Waters v. Day & Zimmermann NPS, Inc.*, 23 F.4th 84 (1st Cir. 2022) (holding, as matter of first impression, federal rule governing territorial limits of effective service did not limit district court's personal jurisdiction over nonresidents' opt-in claims); *Hinkle v. Phillips 66 Co.*, 35 F.4th 417, 418 (5th Cir. 2022) (FLSA plaintiffs not required to arbitrate based on arbitration agreement with staffing company); *Newman v. Plains All Am. Pipeline, L.P.*, 23 F.4th 393 (5th Cir. 2022) (same); *Hughes v. Gulf Interstate Field Servs., Inc.*, 878 F.3d 183 (6th Cir. 2017) (reversing the district court's erroneous interpretation of the FLSA's "salary basis" test); *Roussell v. Brinker Intern., Inc.*, 441 Fed.Appx. 222 (5th Cir. 2011) (affirming jury verdict in favor of class of waiters in FLSA tip credit case); *Belt v. EmCare, Inc.*, 444 F.3d 403 (5th Cir. 2006) (finding, as a matter of first impression, that hourly nurse practitioners and physician assistants are entitled to overtime pay).

12. Courts have referred to me as being "among the most experienced and best regarded [lawyers] in this specialized practice area[.]" *Kurgan v. Chiro One Wellness Centers LLC*, No. 10-CV-1899, 2015 WL 1850599, at *4 (N.D. Ill. Apr. 21, 2015).

13. In addition to litigating hundreds of wage and hour cases, I have:

   a. Given dozens of speeches on the FLSA at CLEs and similar professional gatherings.

   b. Written on the FLSA. *See, e.g., Parker v. ABC Debt Relief, Ltd. Co.,* 3:10-CV-1332-P, 2013 WL 371573 (N.D. Tex. Jan. 28, 2013) (*citing* Richard J. Burch, *A Practitioner's Guide to Joint Employer Liability under the FLSA*, 2 HOUS. BUS. & TAX. L.J. 393 (2002)).

    c.    Written, or assisted in writing, several amicus briefs in significant FLSA cases. *See, e.g., Swales v. KLLM Transp. Servs., L.L.C.,* 985 F.3d 430 (5th Cir. 2021) (primary author); *Fast v. Applebee's Intern., Inc.*, 638 F.3d 872 (8th Cir. April 21, 2011) (co-author); *Cumbie v. Woody Woo, Inc.*, 596 F.3d 577 (9th Cir. 2010) (primary author).

    d.    Submitted comments specifically referenced and adopted by the United States Department of Labor in its regulations. *See* 76 FR 11832-01, 18840, 18843 (April 5, 2011).

**The Reasonable Rate & Hours Requested.**

14.    My experience justifies my billing rate of $700 per hour. Having practiced employment law all over the country for approximately 25 years, I am aware of the rates charged by other, comparable lawyers. In my experience, $700 an hour is below the market rate for a lawyer of reasonably comparable skill, experience, and reputation.

15.    I am seeking reimbursement for just 13.3 hours after the exercise of billing judgment. The hours for which I am seeking reimbursement are detailed in the chart submitted with Plaintiffs' fee petition.

16.    Because of the demands on my time for this case, I was not able to work on other, larger cases. My firm also incurred a risk of not being paid at all on this case.

17.    I state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:  April 5, 2023

                                                    **/s/ Rex Burch**

                                                    Richard J. (Rex) Burch