# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM PRINCE, Individually and for Others Similarly Situated,<br><br>v.<br><br>KANSAS CITY TREE CARE, LLC | Case No. 2:19-cv-02653-KHV-JPO |

**DECLARATION OF ERIC DIRKS**

I, Eric Dirks, hereby declare under penalty of perjury as follows:

1. I am one of the attorneys representing Plaintiffs in this FLSA collective action. I make this Declaration in support of the Plaintiff's Motion for Attorneys' Fees and Costs.

2. I am a 2003 graduate of the University of Iowa College of Law. I have been actively practicing law since that time. I am a founding partner at Williams Dirks Dameron LLC. I previously worked as a partner at Stueve Siegel Hanson LLP, where I practiced complex litigation, including FLSA, and wage and hour work. Prior to that, I practiced complex litigation, including class action work, at Shook, Hardy and Bacon LLP.

3. Throughout my career, I have prosecuted numerous wage and hour class action lawsuits on behalf of thousands of individuals. I have acted as counsel on over 40 collective and class actions nationwide, tried to a jury an FLSA wage and hour class action in this Court, and successfully argued the issue of class certification before the Missouri Supreme Court. I have prosecuted several wage and hour cases in this Court, including: *Garcia v. Tyson Foods, Inc.*, No. 06-cv-2198; *Bowne v. Wells Fargo Bank, NA*, No. 06-cv-2020; *Greenstein v. Meredith Corporation*, No. 11-cv-2399; and *Robinson v. Flowers Bakeries, LLC*, No. 16-cv-2669. I am AV

1

rated with Martindale Hubbell, am routinely selected as a Super Lawyers Top 50 in Kansas City and Top 100 in Missouri and Kansas, and have been selected to Kansas City's Best of the Bar on multiple occasions. I have spoken on the topic of wage and hour litigation at various events over the years, such as the National Employment Lawyers Association's National Wage and Hour Conference.

4. I served in this case as local counsel. In doing so, I attended all Court hearings, reviewed and provided comment on all briefing, and participated in numerous strategy calls with Dave Moulton and Rex Burch.

5. I have the highest regard for my co-counsel who have efficiently and professionally handled this matter. They are well-recognized on a national level as one of the leading wage and hour firms in the country.

6. My co-counsel have staffed the case efficiently and effectively. I watched as they were required to address numerous issues in the case that Defendant contested which are typically not contested in FLSA litigation. I also watched as they attempted to resolve issues with defense counsel when counsel does not respond to phone calls and emails. When defense counsel did engage, it was often with a level of aggression that was not commensurate with the Defendant's likelihood to prevail on the issue.

7. Based on my familiarity with this case and my experience in handling similar cases, I believe my co-counsel achieved the result they achieved in an efficient and cost-effective manner. The case should have settled earlier, but in my experience and from my observation, any delay in settlement was due to the choices of Defendant wishing to take positions that were ultimately proved wrong in this Court's Summary Judgment ruling.

8. As a show of good faith, billing judgment, and in the interest of an efficient resolution of this matter, my firm is **not** requesting an award of attorneys' fees for the time I spent acting as local counsel. As of today's date, my firm has incurred a lodestar of $12,757.50 on the prosecution of this case. This work has included, among other things, participation in briefing, filing pleadings, participating in strategy calls with co-counsel and attending court hearings.

9. This Court awarded me $400 per hour in a highly-contested fee petition in an FLSA case for work done 12-17 years ago. *See Garcia v. Tyson Foods, Inc.,* 06-cv-2198, Doc. 1105 (D. Kan. November 29, 2012). Most recently, my FLSA work was crosschecked at $700 per hour. *See Woods et al., v. Caremark PHC, L.L.C, et al.,* 4:14-CV-583-SRB (W.D. Mo.) (approving class counsels' fee request in 2019 in FLSA case where Dirks submitted at $700 per hour and associates at $350 per hour).

10. My firm has incurred necessary and reasonable expenses totaling $843.42 to date, including filing fees, service fees, pro hac vice fees, printing and research costs. Attached as Exhibit A is documentation of these reasonable and necessary expenses.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this 5th day of April 2023.

_____
Eric Dirks, William Dirks Dameron LLC

3

Exhibit A



William Prince v. Kansas City Tree Care, LLC
10570

Case details generated 03/28/2023

Add Expense

| DATE | ACTIVITY | QUANTITY | COST | DESCRIPTION | TOTAL | INVOICE STATUS | USER |
|---|---|---|---|---|---|---|---|
| Nov 30, 2022 | Copy & Print | 1.0 | $0.15 | November 2022 Photocopies & Prints | $0.15 | Open | Brittni Strickland |
| Apr 30, 2022 | Research | 1.0 | $8.62 | April 2022 Westlaw Research | $8.62 | Open | Eric Dirks |
| Mar 25, 2020 | Court Fees | 1.0 | $50.00 | District of Kansas Motion to Appear Pro Hac Vice - David I. Moulton | $50.00 | Open | Brittni Strickland |
| Oct 28, 2019 | Court Fees | 1.0 | $50.00 | District of Kansas Motion to Appear Pro Hac Vice - Richard J. (Rex) Burch | $50.00 | Open | Brittni Strickland |
| Oct 28, 2019 | Court Fees | 1.0 | $50.00 | District of Kansas Motion to Appear Pro Hac Vice - Richard M. Schreiber | $50.00 | Open | Brittni Strickland |
| Oct 28, 2019 | Court Fees | 1.0 | $50.00 | District of Kansas Motion to Appear Pro Hac Vice - Andrew W. Dunlap | $50.00 | Open | Brittni Strickland |
| Sep 11, 2019 | Court Fees | 1.0 | $100.00 | Pro Hac Vice Fee - Richard M. Schreiber | $100.00 | Open | Brittni Strickland |
| Sep 11, 2019 | Court Fees | 1.0 | $100.00 | Pro Hac Vice Fee - Andrew W. Dunlap | $100.00 | Open | Brittni Strickland |
| Aug 31, 2019 | Copy & Print | 1.0 | $4.65 | August 2019 Copies & Prints | $4.65 | Open | Brittni Strickland |
| Aug 13, 2019 | Process Service | 1.0 | $30.00 | Service via Cole County Sheriff's Office | $30.00 | Open | Brittni Strickland |
| Aug 7, 2019 | Court Fees | 1.0 | $400.00 | Filing Fee | $400.00 | Open | Brittni Strickland |

Brittni Strickland <bstrickland@williamsdirks.com>

## Pay.gov Payment Confirmation: MISSOURI WESTERN DISTRICT COURT

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>   Wed, Aug 7, 2019 at 3:23 PM
Reply-To: Refunds@mow.uscourts.gov
To: bstrickland@williamsdirks.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Laura Schwaller at 816-512-5065.

Account Number: 4684552
Court: MISSOURI WESTERN DISTRICT COURT
Amount: $400.00
Tracking Id: AMOWDC-6435422
Approval Code: 09952G
Card Number: ************3964
Date/Time: 08/07/2019 04:23:31 ET

Attorney Name: Eric Dirks
Firm Name: Williams Dirks Dameron
Person Completing the Transaction: Eric Dirks

NOTE: This is an automated message. Please do not reply

```
                                                                              3414
WILLIAMS DIRKS DAMERON LLC
        1100 MAIN ST., STE. 2600
        KANSAS CITY, MO 64105
                                                    DATE  8/13/2019      18-1/1010
PAY
TO THE
ORDER OF  Cole County Sheriff's Office                         $  30.00
         Thirty dollars 00/100                                        DOLLARS

        Commerce Bank
        Kansas City, Missouri 64106    210
        www.commercebank.com
                                                     /s/ Michael C. Williams
FOR  Prince v. KC Tree Care LLC Service                                    MP

   ⑈003414⑈  ⑉101000019⑊  124577995⑈
```



Williams Dirk Dameron, 8/1/2019  -  8/31/2019

Prints/copies per cost center

**Cost Center: 10570**

| Print Job Name | Product type | Printer | Print Date | Count | Price |
|---|---|---|---|---|---|
| .. saXlwusJFyujzyJ15SX...OloWsv0q | Print Letter Color | CanonC5550 | 8/13/2019  2:18:06 PM | 14 | $ 2.1000 |
| .. XS1nGf2nx4--727mzeo...hhkezqqn | Print Letter Color | CanonC5550 | 8/13/2019  2:17:34 PM | 13 | $ 1.9500 |
| .. BmpmVa0bOCe-axhxLAa...ZhLVkG_t | Print Letter Color | CanonC5550 | 8/13/2019  2:14:57 PM | 4 | $ 0.6000 |
| | | | | | $ 4.6500 |

WILLIAMS DIRKS DAMERON                                    Eric Dirks <dirks@williamsdirks.com>

# Pay.gov Payment Confirmation: MISSOURI WESTERN DISTRICT COURT
1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>　　　Wed, Sep 11, 2019 at 4:07 PM
Reply-To: Refunds@mow.uscourts.gov
To: dirks@williamsdirks.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Laura Schwaller at 816-512-5065.

　Account Number: 4684552
　Court: MISSOURI WESTERN DISTRICT COURT
　Amount: $100.00
　Tracking Id: AMOWDC-6486187
　Approval Code: 02395G
　Card Number: *************3964
　Date/Time: 09/11/2019 05:07:46 ET

　Attorney Name: Eric L. Dirks
　Firm Name: Williams Dirks Dameron
　Person Completing the Transaction: Eric L. Dirks

　NOTE: This is an automated message. Please do not reply

WILLIAMS|DIRKS|DAMERON                    Eric Dirks <dirks@williamsdirks.com>

## Pay.gov Payment Confirmation: MISSOURI WESTERN DISTRICT COURT
1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Wed, Sep 11, 2019 at 4:10 PM
Reply-To: Refunds@mow.uscourts.gov
To: dirks@williamsdirks.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Laura Schwaller at 816-512-5065.

Account Number: 4684552
Court: MISSOURI WESTERN DISTRICT COURT
Amount: $100.00
Tracking Id: AMOWDC-6486191
Approval Code: 00969G
Card Number: *************3964
Date/Time: 09/11/2019 05:10:32 ET

Attorney Name: Eric L. Dirks
Firm Name: Williams Dirks Dameron
Person Completing the Transaction: Eric L. Dirks

NOTE: This is an automated message. Please do not reply

WILLIAMS DIRKS DAMERON

Brittni Strickland <bstrickland@williamsdirks.com>

## Pay.gov Payment Confirmation: KANSAS DISTRICT COURT

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>　　　Mon, Oct 28, 2019 at 1:29 PM
Reply-To: ksd_attorney_registration@ksd.uscourts.gov
To: bstrickland@williamsdirks.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: US District Court of Kansas at 913-735-2229.

　Account Number: 4684552
　Court: KANSAS DISTRICT COURT
　Amount: $50.00
　Tracking Id: AKSDC-4962594
　Approval Code: 07154G
　Card Number: ************3964
　Date/Time: 10/28/2019 02:29:04 ET

　NOTE: This is an automated message. Please do not reply

Brittni Strickland <bstrickland@williamsdirks.com>

## Pay.gov Payment Confirmation: KANSAS DISTRICT COURT

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>   Mon, Oct 28, 2019 at 1:32 PM
Reply-To: ksd_attorney_registration@ksd.uscourts.gov
To: bstrickland@williamsdirks.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: US District Court of Kansas at 913-735-2229.

Account Number: 4684552
Court: KANSAS DISTRICT COURT
Amount: $50.00
Tracking Id: AKSDC-4962740
Approval Code: 06191G
Card Number: ************3964
Date/Time: 10/28/2019 02:32:06 ET

[Quoted text hidden]

WILLIAMS | DIRKS | DAMERON

Brittni Strickland <bstrickland@williamsdirks.com>

## Pay.gov Payment Confirmation: KANSAS DISTRICT COURT

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Mon, Oct 28, 2019 at 1:42 PM
Reply-To: ksd_attorney_registration@ksd.uscourts.gov
To: bstrickland@williamsdirks.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: US District Court of Kansas at 913-735-2229.

Account Number: 4684552
Court: KANSAS DISTRICT COURT
Amount: $50.00
Tracking Id: AKSDC-4962741
Approval Code: 06594G
Card Number: ************3964
Date/Time: 10/28/2019 02:42:19 ET

[Quoted text hidden]

WILLIAMS DIRKS DAMERON

Brittni Strickland <bstrickland@williamsdirks.com>

## Pay.gov Payment Confirmation: KANSAS DISTRICT COURT
1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Wed, Mar 25, 2020 at 3:31 PM
Reply-To: ksd_attorney_registration@ksd.uscourts.gov
To: bstrickland@williamsdirks.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: US District Court of Kansas at 913-735-2229.

Account Number: 4684552
Court: KANSAS DISTRICT COURT
Amount: $50.00
Tracking Id: AKSDC-5099572
Approval Code: 03306G
Card Number: *************3964
Date/Time: 03/25/2020 04:31:09 ET

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **Account:** | WILLIAMS DIRKS DAMERON LLC, KANSAS CITY MO (1004599860) |
| **Date Range:** | April 01, 2022 - April 30, 2022 |
| **Report Format:** | Summary-Account by Client by User by Day |
| **Products:** | Westlaw |
| **Content Families:** | All Content Families |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Client KC TREE | | | | | |
| User Name D RKS,ERIC (13923420) | | | | | |
| Day 04/28/2022 | | | | | |
| Totals for Included | 7 | 686.00 USD | 8.62 USD | 0 00 USD | 8.62 USD |
| Totals for Day 04/28/2022 | 7 | 686.00 USD | 8.62 USD | 0 00 USD | 8.62 USD |
| Totals for User Name D RKS,ERIC (13923420) | 7 | 686.00 USD | 8.62 USD | 0 00 USD | 8.62 USD |
| Totals for Client KC TREE | 7 | 686.00 USD | 8.62 USD | 0 00 USD | 8.62 USD |



Williams Dirk Dameron, 11/1/2022  -  11/30/2022

Prints/copies per cost center

**Cost Center: 10570**

| Print Job Name | Product type | Printer | Print Date | Count | Price |
|---|---|---|---|---|---|
| .. ee - cflores@williamsdirks.com | Print Letter Color | C5550Mac | 11/15/2022  3:48:14 PM | 1 | $ 0.1500 |
| | | | | **$** | **0.1500** |