# EXHIBIT 5



MISSOURI LAWYERS MEDIA

BILLING RATES 2022


# Welcome to Billing Rates 2022

**By Scott Lauck**
*slauck@molawyersmedia.com*

Courts have been busy this year clearing the backlog of cases that built up during the pandemic. That has meant a glut of trials and settlements — and with them a fresh batch of hourly rates for Missouri practitioners.

Missouri Lawyers Media's 2022 Billing Rates section examined fee applications filed with local state and federal courts to give a glimpse, however limited, into the amounts that lawyers in this state charge per hour for their services.

Most often, these are cases that are subject to a fee-shifting statute, such as in employment and civil-rights cases. A number of hourly rates come from class-action settlements in which attorneys' customary fees are used to calculate a "lodestar" reference point for the fees for the class counsel. Other examples include fees that are owed as part of a contract dispute, and in some instances in cases in which one side has been forced to pay the other side's fees as a court-ordered sanction.

Bankruptcy filings are also a source of hourly rates, though not nearly as rich a vein as they once were. According to the Administrative Office of the U.S. Courts, personal and business bankruptcy filings have steadily declined in the last few years, falling 11.7 percent nationwide for the 12-month period ending Sept. 30.

The bankruptcy courts St. Louis and Kansas City, which provide much of the data for this project, fell 15.3 percent and 12.7 percent, respectively. The 2021 Billing Rates survey — which covered a two-year period — featured 220 attorney and staff rates, 87 of which came from bankruptcy cases. This year's listing features a comparable 216 total rates, but only 37 figures came from bankruptcy sources.

New this year, the Billing Rates survey examined filings not only in federal courts in Missouri but also those in Kansas City, Kansas, and in the Southern District of Illinois, both of which border Missouri's metropolitan areas and frequently draw Missouri-licensed practitioners.

The median hourly rate for Missouri lawyers as a whole was $400, up from last year's figure of $330 an hour. The statewide median was $450 per hour for partners and $325 for associates and other attorneys, such as counsel or lawyers whose titles weren't apparent from firm websites or court filings.

In St. Louis, the median rate was $385 an hour, up from $330 in our last survey. The median partner charged $420 per hour, while the median nonpartner charged $350. The St. Louis figures were calculated from a pool of 89 lawyers.

In Kansas City, the median rate was $425 an hour, up from $347 in 2021. The median partner charged $488 an hour, and the median nonpartner rate was $325. The Kansas City rates were calculated from a pool of 73 attorneys.

This year's survey pulled in just 13 rates from outside of the state's two metropolitan areas, yielding a median of $295 per hour.

Law firm staff, such as legal administrative assistants, paralegals and law clerks, had a median rate of $150 per hour. The pool of 41 staff members was drawn from around the state, though most were concentrated in the metropolitan areas.

### ■ METHODOLOGY

Where possible, we use the attorney's standard or customary rates, rather than the rate the court applied or discounted rates offered to a particular client. Rates can vary according to the case or client, so a listed rate for an attorney might not apply in other cases.

The rates are a sampling only. Though drawn from recent court filings, some fee requests were for work performed in previous years, so rates might have changed in the meantime. Wherever possible, we have used the most recent available rates.

Attorneys are listed with the firm or organization where they worked at the time the fee request was made. They might have changed firms or been promoted since then, or the firm might have changed names or ceased to exist.

Information on titles, practice specialties and office locations is drawn primarily from fee applications, supplemented with information from firm websites. Practice listings typically describe the type of case for which the fee was incurred, which might not be the attorney's main area of practice.

Attorneys and staff in offices near the metropolitan St. Louis area in Illinois and the metropolitan Kansas City area in Kansas were counted as in-state rates.

*Reporter Scott Lauck and freelance researcher Jennie Goodman researched the listings.*

# Void for vagueness: Courts trim fee requests that lack detail

**By Scott Lauck**
*slauck@molawyersmedia.com*

Lawyers may not like keeping track of their time in six-minute increments. But when it comes to getting fees approved by the court, it appears there's no such thing as too much detail.

In a case in the Western District of Missouri, one lawyer found himself on the end of a judge's pointed criticism, though in the end it turned out not to matter.

The $250,000 request in *Albelo v. Epic Landscape Productions LC* stemmed from a settlement under the Fair Labor Standards Act to recover unpaid wages and overtime for a class of workers. After the defense objected that the plaintiffs' request didn't show the substance of the work they claimed to have done, Judge Greg Kays ordered the attorneys to submit more detailed records.

Their response, Kays wrote in a March order, was "uneven." Attorneys with the Kansas City firm of Bertram & Graf and the Dodge City, Kansas firm Rebein Brothers submitted adequate records.

"And then there is what attorney Michael Hodgson has submitted," Kays wrote. According to the order, Hodgson, a Lee's Summit practitioner, sought more than 333 hours' worth of work at $550 an hour. But Kays said the supporting record was just a copy of his work calendar, with a number of entries that appeared to be unrelated to the litigation and few entries showing any kind of sustained work on briefs or depositions.

"In short, while the Court is certain Mr. Hodgson and his staff worked on this case, it has no idea exactly how much time they spent working on this case," Kays wrote. "Frankly, the Court doubts Mr. Hodgson has a very good idea either."

However, Kays still awarded the full $250,000, as he noted that the request by the other two firms totaled $242,093. The court, Kays wrote, "can still award the entire amount sought because it is certain Mr. Hodgson and his staff performed at least $8,000 worth of work on this case."

Hodgson couldn't be reached for comment.

### Reductions for redactions

Turning over one's detailed time records as part of a fee request risks disclosing privileged information to the other side and possibly to the public. As a result, it's common for attorneys to redact their records to obscure sensitive entries. But that has its own risks, as a group of Lewis Rice attorneys found when requesting fees at the end of a successful contract dispute.

The case, *Ascentium Capital LLC v. Littell*, resulted in a judgment of about $329,000 against a limousine company that defaulted on its loans during the pandemic. The plaintiff lender won its attorneys' fees and costs. Attorneys from Lewis Rice's St. Louis office, who represented the lender, sought $139,000 in attorney's fees.

However, Judge Nanette K. Laughrey's April order deducted about $10,500 from the total, finding that a number of entries by partner Joseph Trad were "impermissibly vague" and didn't describe what the attorney had been doing. Examples, Laughrey said, included blocks of time described as "work on lawsuit issues," "review e-mail correspondence exchanges" or "work on open issues."

Trad argued in a court filing that the "details gleaned from surrounding time entries" provided enough context for the court to gauge the reasonableness of the hours. In some instances, the judge agreed and denied challenges raised by the defendants. Elsewhere, she wrote, the surrounding entries "do little to elucidate" what Trad was working on.

About $850 worth of the rejected fees came from items in which the lawyers had redacted critical information from the entries — even though the billing statements were filed under seal. Laughrey wrote that the redactions prevented her from determining if the entries are reasonable. For example, the fee for researching "case law pertaining to evidence required to [redacted]" was disallowed because "the Court cannot determine the subject matter of the research."

### Block billing

Part of the defendant's argument in the case was that the Lewis Rice attorneys had engaged in "block billing" — entries that list several tasks without specifying how much time was spent on each one.

Laughrey, however, was more concerned with the imprecision of the entries than the number of items on a single line. She threw out time spent on telephone conferences with unknown subjects and work on non-specific pleadings. But she OK'd a 3.2-hour entry for "work on deposition preparation including mediation statement" because she said the overall amount of time spent on the tasks seemed reasonable.

A similar issue arose in a case in the Eastern District of Missouri that recently resulted in a large jury verdict. The case, *Major Brands Inc. v. Mast-Jagermeister Inc. US*, garnered an $11.75 million award for the plaintiff on claims under the Missouri Franchise Act. It was the third largest jury verdict of 2021 as tracked by Missouri Lawyers Media.

Lewis Rice, which represented Major Brands, was chided by the defense for engaging in block billing in that case as well. But Judge Henry Autrey had no problem with it.

"While the entries do not indicate how many minutes were spent on each particular task, they are sufficiently specific to communicate the work that was done and its connection to the case," he wrote in his September order. "Furthermore, there is no evidence that attorneys were spending an excessive amount of time on their tasks or duplicating the work done by others."

Other than a $13,000 reduction for time spent on unrelated legal theories, Autrey approved nearly the entire $3.39 million fee request.



# Court says judge could, but didn't have to, award fees for father's successful appeal

**By Scott Lauck**
slauck@molawyersmedia.com

A split panel of the Missouri Court of Appeals Eastern District ruled Nov. 15 that a judge had the legal authority to award attorneys' fees to a father who successfully fought off his mother's attempt to gain court-ordered visitation rights.

However, the panel's majority added, the judge didn't abuse his discretion when he declined to grant those fees. But Judge Gary M. Gaertner Jr. partly dissented, saying that, now that the legal issues had been clarified, the parties should get a new hearing on whether the fees were justified.

"A failure of the trial court to exercise its discretion due to a mistaken view of its authority is grounds for remand, rather than deference," Gaertner wrote.

The ruling leaves the father's attorney, Larry Gillespie of Gillespie, Hetlage & Coughlin in Clayton, without an award to cover the cost of a case that has now gone to the Court of Appeals twice. However, Gillespie said in an interview that it at least sends a clear signal that judges have the authority to grant such awards.

"Needless to say, I agreed wholeheartedly with the dissent," he said.

The case stems from a dispute involving a child, referred to as X.P.E.L. in the case, who was born to unmarried parents. The father filed a petition for a declaration of paternity and custody of the child. His mother initially sought third-party custody but later abandoned that effort and supported her son's bid for custody.

She later filed an amended petition seeking visitation under a Missouri statute that allows grandparents to make such a request under certain conditions.

In June 2021, the Eastern District affirmed an earlier finding that the grandmother failed to satisfy the requirements for visitation under state law. The court said the statute only applies to dissolution proceedings and declined to read it broadly to apply to paternity and custody actions as well.

Although the father had won on appeal, Washington County Associate Circuit Judge Troy K. Hyde declined to order the grandmother to pay his $70,000 in attorneys' fees, citing the arguments the grandmother had made. It wasn't clear, however, whether he was swayed by her legal argument that the relevant statutes of Missouri's domestic relations didn't apply, or by her arguments that the fee was excessive and that she couldn't afford to pay.

Judge Cristian M. Stevens, writing for the appellate court, said plain language of the statute allowed the judge to award the fees against the grandmother, who had willingly intervened in the case. However, he and Judge John P. Torbitzky affirmed the judge's decision to deny them, as he might also have considered her more discretionary arguments.

Jefferson City attorney Jay Anielak, who represented the grandmother, was pleased that even though the Eastern District disagreed with his legal arguments, it allowed the trial judge's discretionary ruling to stand.

"The court has the ability to award zero, even if they have the ability to assign fees," he said.

The case is *C.T. v. J.L.L.*, ED110039..





## HIGHEST MISSOURI RATES

| RANK | HOURLY RATE | ATTORNEY | FIRM | TITLE | CITY | YEAR | PRATICE AREA |
|---|---|---|---|---|---|---|---|
| 1 | $1,125 | Norman E. Siegel | Stueve Siegel Hanson | Senior Partner | Kansas City | 2022 | Class Action |
| 2 | $950 | Gary Burger | Burger Law Firm | Partner | St. Louis | 2022 | Employment |
| 2 | $950 | Michael Flannery | Cuneo Gilbert & LaDuca | Attorney | St. Louis | 2022 | Employment |
| 4 | $825 | J. Austin Moore | Stueve Siegel Hanson | Partner | Kansas City | 2022 | Class Action |
| 4 | $825 | Lindsay Todd Perkins | Stueve Siegel Hanson | Partner | Kansas City | 2022 | Class Action |
| 6 | $725 | David Lunceford | Lunceford Law Firm | Partner | Lee's Summit | 2022 | Employment |
| 6 | $725 | Eric Playter | Playter & Playter | Partner | Kansas City | 2022 | Employment |
| 6 | $725 | Richard B. Walsh Jr. | Lewis Rice | Member | St. Louis | 2021 | Missouri Franchise Act |
| 9 | $650 | Christina Neilsen | Lunceford Law Firm | Partner | Lee's Summit | 2022 | Employment |
| 9 | $650 | Dennis Egan | Popham Law Firm | Partner | Kansas City | 2022 | Employment |
| 9 | $650 | Lynne Bratcher | Bratcher Gockel Law | Partner | Kansas City | 2022 | Employment |
| 9 | $650 | Martin M. Meyers | Meyers Law Firm | Partner | Kansas City | 2022 | Employment |
| 9 | $650 | Matt Bartle | Bartle + Marcus | Partner | Kansas City | 2022 | Commercial litigation |
| 9 | $650 | Yasmin Zainulbhai | Stueve Siegel Hanson | Senior Counsel | Kansas City | 2022 | Class Action |
| 9 | $650 | Mark J. Pedroli | Pedroli Law | Partner | Clayton | 2022 | Civil Rights |
| 9 | $650 | Evan Z. Reid | Lewis Rice | Member | St. Louis | 2021 | Missouri Franchise Act |
| 17 | $625 | Kevin Baldwin | Baldwin & Vernon | Partner | Kansas City | 2022 | Employment |
| 18 | $616 | Larry E. Parres | Lewis Rice | Member | St. Louis | 2022 | Corporate law |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE/HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **ARMSTRONG TEASDALE** | | | | | |
| Thomas J. Fritzlen | Partner | Kansas City | 2021 | $350 | Contract |
| Beverly M. Weber | Partner | Kansas City | 2021 | $350 | Contract |
| Greg Todd | Partner | Kansas City | 2021 | $350 | Contract |
| Sherri Ratliff | Paralegal | Kansas City | 2021 | $110 | Contract |
| **BALDWIN & VERNON** | | | | | |
| Kevin Baldwin | Partner | Kansas City | 2022 | $625 | Employment |
| **BARTLE + MARCUS** | | | | | |
| Matt Bartle | Partner | Kansas City | 2022 | $650 | Commercial litigation |
| **BARTON & BURROWS** | | | | | |
| Stacey A. Burrows | Member | Overland Park, KS | 2022 | $325 | Trust litigation |
| George A. Burton | Member | Overland Park, KS | 2022 | $325 | Trust litigation |
| N/A | Associate | Overland Park, KS | 2022 | $200 | Trust litigation |
| N/A | Law Clerk | Overland Park, KS | 2022 | $150 | Trust litigation |
| **BECK & SANT** | | | | | |
| J. Talbot Sant Jr. | Partner | O'Fallon | 2022 | $360 | Contract |
| Steven Beck | Partner | O'Fallon | 2022 | $280 | Contract |
| **BERTRAM & GRAF** | | | | | |
| Tim West | Attorney | Kansas City | 2022 | $395 | Fair Labor Standards Act |
| Bianca Fennix | Paralegal | Kansas City | 2022 | $125 | Fair Labor Standards Act |
| **BIRK LAW FIRM** | | | | | |
| Kelvin Birk | Attorney, CPA | Cape Girardeau | 2021 | $315 | Bankruptcy |
| **BRATCHER GOCKEL LAW** | | | | | |
| Lynne Bratcher | Partner | Kansas City | 2022 | $650 | Employment |
| Marie Gockel | Partner | Kansas City | 2022 | $600 | Employment |
| Erin Vernon | Attorney | Kansas City | 2022 | $450 | Employment |
| Mike Bell | Paralegal | Kansas City | 2022 | $150 | Employment |
| Robert Jaben | Trial Assistant | Kansas City | 2022 | $150 | Employment |
| **BRINKER & DOYEN** | | | | | |
| Jeffrey J. Brinker | Partner | St. Louis | 2022 | $185 | Civil rights |
| Bridgette N. Fu | Partner | St. Louis | 2022 | $185 | Civil rights |
| Gary P. Paul | Partner | St. Louis | 2022 | $185 | Civil rights |
| D. Michael Bell | Associate | St. Louis | 2022 | $150 | Civil rights |
| Emily E. Lavine | Associate | St. Louis | 2022 | $150 | Civil rights |
| Claire C. Kates | Associate | St. Louis | 2022 | $150 | Civil rights |
| Anne Elise Brodsky | Associate | St. Louis | 2021 | $150 | Civil rights |
| Angela M. Torrence | Paralegal | St. Louis | 2022 | $110 | Civil rights |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE/HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **BROWN & CURRY** | | | | | |
| Dan Curry | Partner | Kansas City | 2021 | $550 | Civil rights |
| Sarah Brown | Partner | Kansas City | 2021 | $550 | Civil rights |
| N/A | Paralegal | Kansas City | 2021 | $150 | Civil rights |
| **BURGER LAW FIRM** | | | | | |
| Gary Burger | Partner | St. Louis | 2022 | $950 | Employment |
| Nicole Gorovsky | Associate | St. Louis | 2022 | $600 | Employment |
| Genavieve Fikes | Associate | St. Louis | 2022 | $500 | Employment |
| Jim Bax | Associate | St. Louis | 2022 | $500 | Employment |
| Michael Sheldon | Associate | St. Louis | 2022 | $400 | Employment |
| Brian Winebright | Associate | St. Louis | 2022 | $350 | Employment |
| Joel Beckwith | Associate | St. Louis | 2022 | $350 | Employment |
| John Burns | Associate | St. Louis | 2022 | $350 | Employment |
| Joe Ott | Associate | St. Louis | 2022 | $250 | Employment |
| Mike Singer | Associate | St. Louis | 2022 | $250 | Employment |
| Casey Flugel | Paralegal | St. Louis | 2022 | $200 | Employment |
| Taylor Morthland | Paralegal | St. Louis | 2022 | $200 | Employment |
| Britni Fendler | Paralegal | St. Louis | 2022 | $150 | Employment |
| Gretchen Tutt | Paralegal | St. Louis | 2022 | $150 | Employment |
| Laura McGuinness | Paralegal | St. Louis | 2022 | $150 | Employment |
| Rodney McBride | Paralegal | St. Louis | 2022 | $150 | Employment |
| **CARMODY MACDONALD** | | | | | |
| Robert Eggmann | Principal | St. Louis | 2022 | $525 | Bankruptcy |
| **CHAPEL LAW GROUP** | | | | | |
| Nimrod Chapel Jr. | Partner | Jefferson City | 2022 | $475 | Employment |
| Sofia Sanchez | Paralegal | Jefferson City | 2022 | $150 | Employment |
| **CHECKETT, PAULY, BAY AND MORGAN** | | | | | |
| J. Kevin Checkett | Partner | Carthage | 2022 | $295 | Bankruptcy |
| Jessica Adams | Associate | Carthage | 2022 | $180 | Bankruptcy |
| Janet Waggoner | Paralegal | Carthage | 2022 | $120 | |
| **CONROY BARAN** | | | | | |
| Robert Baran | Member | Kansas City | 2022 | $295 | Bankruptcy |
| Ryan Shaw | Attorney | Kansas City | 2022 | $250 | Bankruptcy |
| **CORNERSTONE LAW FIRM** | | | | | |
| M. Katherine Paulus | Partner | Kansas City | 2022 | $600 | Fair Debt Collection Act |
| Brittany Mehl | Partner | Kansas City | 2022 | $600 | Fair Debt Collection Act |
| Joshua Wunderlich | Associate | Kansas City | 2022 | $450 | Fair Debt Collection Act |
| Jessica M. McDowell | Counsel | Kansas City | 2022 | $350 | Fair Debt Collection Act |
| **CRUSE, CHANEY-FAUGHN** | | | | | |
| Fredrich J. Cruse | Attorney | Hannibal | 2022 | $225 | Bankruptcy |
| Julia A. Chaney-Faughn | Attorney | Hannibal | 2022 | $200 | Bankruptcy |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **CUNEO GILBERT & LADUCA** | | | | | |
| Michael Flannery | Attorney | St. Louis | 2022 | $950 | Employment |
| **DANNA MCKITRICK** | | | | | |
| A. Thomas DeWoskin | Principal | St. Louis | 2022 | $405 | Bankruptcy |
| **DASHTAKI LAW FIRM** | | | | | |
| Cyrus Dashtaki | Partner | Jefferson City | 2022 | $475 | Employment |
| L.E. Beck | Attorney | Jefferson City | 2022 | $250 | Employment |
| Sandra Sintakas | Paralegal | Jefferson City | 2022 | $125 | Employment |
| **DAVID M. DUREE & ASSOCIATES** | | | | | |
| David Duree | Partner | O'Fallon, IL | 2021 | $400 | Appellate |
| **DCG LAW FIRM** | | | | | |
| Dione C. Greene | Partner | Kansas City | 2021 | $515 | Employment |
| Michelle Simons | Paralegal | Kansas City | 2021 | $175 | Employment |
| **DEBORAH S. GREIDER LLC** | | | | | |
| Deborah Greider | Attorney | St. Louis | 2022 | $600 | Employment |
| **DESAI LAW FIRM** | | | | | |
| Spencer Desai | Attorney | St. Louis | 2022 | $250 | Bankruptcy |
| **DOBSON, BERNS & RICH** | | | | | |
| Gregory A. Rich | Partner | St. Louis | 2021 | $500 | Employment |
| Amanda Anthony | Associate | St. Louis | 2021 | $425 | Employment |
| Meredith Berwick | Associate | St. Louis | 2021 | $350 | Employment |
| Nicole Matlock | Associate | St. Louis | 2021 | $350 | Employment |
| **DONALD SAMSON, ATTORNEY AT LAW** | | | | | |
| Donald Samson | Attorney | Belleville, IL | 2021 | $275 | Bankruptcy |
| **EDELMAN, LIESEN & MEYERS** | | | | | |
| Katherine E. Myers | Partner | Kansas City | 2022 | $475 | Employment |
| Sarah Liesen | Partner | Kansas City | 2022 | $475 | Employment |
| Alexander Edelman | Partner | Kansas City | 2022 | $425 | Civil rights |
| Alexander Edelman | Partner | Kansas City | 2022 | $425 | Civil rights |
| **ENGELMEYER & PEZZANI** | | | | | |
| Anthony Pezzani | Partner | Town and Country | 2022 | $400 | Fair Labor Standards Act |
| **FINKES LEGAL** | | | | | |
| Jason Finkes | Partner | St. Louis | 2022 | $350 | Employment |
| **GALLAGHER DAVIS** | | | | | |
| Adam James Olszeski | Partner | Brentwood | 2022 | $300 | ERISA |
| **GREEN LEAF LEGAL KC** | | | | | |
| Benjamin Stelter-Embry | Attorney | Kansas City | 2021 | $425 | Civil rights |
| **HAAR & WOODS** | | | | | |
| Peter C. Woods | Partner | St. Louis | 2021 | $350 | Breach of Contract |
| Dawn M. Renwick | Paralegal | St. Louis | 2021 | $150 | Breach of Contract |
| **HARRIS DOWELL FISHER & YOUNG** | | | | | |
| Portia C. Kayser | Attorney | Chesterfield | 2022 | $290 | Civil rights |
| **HARTNETT REYES-JONES** | | | | | |
| Matthew J. Gierse | Partner | St. Louis | 2021 | $250 | ERISA |
| **HERREN, DARE AND STREETT** | | | | | |
| David Dare | Partner | St. Louis | 2022 | $350 | Bankruptcy |
| **HODGSON LAW FIRM** | | | | | |
| Michael Hodgson | Partner | Lee's Summit | 2022 | $550 | Fair Labor Standards Act |
| Jennifer Pate | Paralegal | Lee's Summit | 2022 | $125 | Fair Labor Standards Act |
| **HOWARD & JOHNSON** | | | | | |
| Veronica Johnson | Partner | St. Louis | 2022 | $435 | Employment |
| **HUSCH BLACKWELL** | | | | | |
| Kyle P. Seelbach | Partner | St. Louis | 2021 | $550 | Contract |
| C. Herrmann | Paralegal | St. Louis | 2021 | $295 | Contract |
| **JONATHAN STERNBERG, ATTORNEY** | | | | | |
| Jonathan Sternberg | Partner | Kansas City | 2022 | $425 | Appellate |
| **KENNEDY HUNT** | | | | | |
| Sarah Jane Hunt | Partner | St. Louis | 2022 | $350 | Employment |
| Amber Kempf | Attorney | St. Louis | 2022 | $350 | Employment |
| MaryAnne Quill | Attorney | St. Louis | 2022 | $250 | Employment |
| **KHAZAELI WYRSCH** | | | | | |
| James R. Wyrsch | Partner | St. Louis | 2022 | $350 | Contract |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **KOLDE LAW** | | | | | |
| Daniel J. Kolde | Partner | St. Louis | 2022 | $350 | Civil rights |
| **LATHROP GPM** | | | | | |
| Robert J. Haupt | Partner | Kansas City | 2022 | $495 | Trust litigation |
| Rhett M. Buchmiller | Associate | Kansas City | 2022 | $240 | Trust litigation |
| **LAW OFFICE OF HENRY TANNER** | | | | | |
| Henry W. Tanner Jr. | Partner | Kansas City | 2021 | $400 | Employment |
| N/A | Paralegal | Kansas City | 2021 | $175 | Employment |
| **LAW OFFICES OF JOAN M. SWARTZ** | | | | | |
| Joan Swartz | Partner | St. Louis | 2022 | $600 | Employment |
| Jenifer C. Snow | Attorney | St. Louis | 2022 | $400 | Employment |
| Jodi M. Carpenter | Paralegal | St. Louis | 2022 | $200 | Employment |
| **LEWIS RICE** | | | | | |
| Richard B. Walsh Jr. | Member | St. Louis | 2021 | $725 | Missouri Franchise Act |
| Evan Z. Reid | Member | St. Louis | 2021 | $650 | Missouri Franchise Act |
| Larry E. Parres | Member | St. Louis | 2022 | $616 | Corporate law |
| Oliver H. Thomas | Member | St. Louis | 2021 | $600 | Missouri Franchise Act |
| Derick C. Albers | Member | St. Louis | 2021 | $600 | Missouri Franchise Act |
| John J. Hall | Member | St. Louis | 2022 | $591 | Corporate law |
| Michael J. Hickey | Member | St. Louis | 2022 | $591 | Intellectual property |
| Edward T. Pivin | Member | St. Louis | 2021 | $520 | Missouri Franchise Act |
| Benjamin J. Siders | Member | St. Louis | 2022 | $510 | Intellectual property |
| Sarah A. Milunski | Member | St. Louis | 2021 | $510 | Missouri Franchise Act |
| Joseph Trad | Member | St. Louis | 2021 | $450 | Contract |
| Taylor J. Essner | Associate | St. Louis | 2021 | $385 | Missouri Franchise Act |
| Thomas Hunter Brown | Associate | St. Louis | 2021 | $350 | Contract |
| Katherine G. McWherter | Associate | St. Louis | 2021 | $325 | Missouri Franchise Act |
| Jeannine Moentmann | Paralegal | St. Louis | 2021 | $280 | Missouri Franchise Act |
| Lindsey M. Bruno | Associate | St. Louis | 2021 | $275 | Missouri Franchise Act |
| Christie Paddock | Paralegal | St. Louis | 2022 | $221 | Intellectual property |
| Tyler E. Fear | Paralegal | St. Louis | 2021 | $200 | Missouri Franchise Act |
| Justine Lanciault | Paralegal | St. Louis | 2021 | $160 | Contract |
| **LEX VALOREM** | | | | | |
| Patricia Williams | Partner | St. Louis | 2021 | $400 | Contract |
| Vincent T. Volpe | Partner | St. Louis | 2021 | $400 | Contract |
| **LOWTHER JOHNSON** | | | | | |
| Lee Viorel | Member | Springfield | 2022 | $150 | Bankruptcy |
| **LUNCEFORD LAW FIRM** | | | | | |
| David Lunceford | Partner | Lee's Summit | 2022 | $725 | Employment |
| Christina Neilsen | Partner | Lee's Summit | 2022 | $650 | Employment |
| D'Vante Lewis | Associate | Lee's Summit | 2022 | $250 | Employment |
| Peter Gardner | Associate | Lee's Summit | 2022 | $250 | Employment |
| Victoria Arends | Associate | Lee's Summit | 2022 | $250 | Employment |
| Anna Donaldson | Paralegal | Lee's Summit | 2022 | $125 | Employment |
| Caludia Everhart | Paralegal | Lee's Summit | 2022 | $125 | Employment |
| Lexi Graham | Paralegal | Lee's Summit | 2022 | $125 | Employment |
| **MCCAUSLAND BARRETT & BARTALOS** | | | | | |
| Thomas J. Golson | Associate | Kansas City | 2022 | $224 | Post-judgment discovery |
| **MCMICHAEL, LOGAN, SCHAEFFER & GILPIN** | | | | | |
| Daniel J. McMichael | Partner | St. Louis | 2022 | $450 | Class action |
| **MERRICK BAKER STRAUSS** | | | | | |
| Victor Weber | Member | Kansas City | 2021 | $300 | Bankruptcy |
| Bruce E. Strauss | Member | Kansas City | 2022 | $250 | Bankruptcy |
| Josephine Ellerman | Member | Kansas City | 2021 | $95 | Bankruptcy |
| **MEYERS LAW FIRM** | | | | | |
| Martin M. Meyers | Partner | Kansas City | 2022 | $650 | Employment |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE/HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **MOLNER LAW GROUP** | | | | | |
| Mark D. Molner | Partner | Kansas City | 2021 | $400 | Contract |
| Michael A. Bene | Associate | Kansas City | 2021 | $300 | Contract |
| **MOON & MOON ATTORNEYS** | | | | | |
| Charles Moon | Attorney | Springfield | 2022 | $250 | Bankruptcy |
| **MOORE RAMIREZ LAW FIRM** | | | | | |
| Mario Moore Ramirez | Partner | Kansas City | 2022 | $250 | Employment |
| **MORROW WILLNAUER CHURCH** | | | | | |
| Peggy A. Wilson | Member | Kansas City | 2022 | $185 | Trust litigation |
| James C. Morrow | Member | Kansas City | 2022 | $185 | Trust litigation |
| N/A | Associate | Kansas City | 2022 | $150 | Trust litigation |
| N/A | Law Clerk | Kansas City | 2022 | $85 | Trust litigation |
| **NORRIS KEPLINGER** | | | | | |
| David Welder | Partner | Leawood, KS | 2022 | $500 | Civil rights |
| Courtney McCray | Associate | Leawood, KS | 2022 | $350 | Civil rights |
| Paul Breer | Associate | Leawood, KS | 2022 | $350 | Civil rights |
| Emily Tung | Associate | Leawood, KS | 2022 | $350 | Civil rights |
| Holli Dobler | Associate | Leawood, KS | 2022 | $350 | Civil rights |
| Cheryl Little | Paralegal | St. Louis | 2022 | $250 | Civil rights |
| Aly Ridgley | Paralegal | St. Louis | 2022 | $250 | Civil rights |
| **PEDROLI LAW** | | | | | |
| Mark J. Pedroli | Partner | Clayton | 2022 | $650 | Civil rights |
| **PLAYTER & PLAYTER** | | | | | |
| Eric Playter | Partner | Kansas City | 2022 | $725 | Employment |
| Chris Playter | Partner | Kansas City | 2022 | $500 | Employment |
| **POPHAM LAW FIRM** | | | | | |
| Dennis Egan | Partner | Kansas City | 2022 | $650 | Employment |
| Bert Braud | Partner | Kansas City | 2022 | $575 | Employment |
| Cooper Mach | Partner | Kansas City | 2022 | $425 | Employment |
| Brandy Cook | Legal Assistant | Kansas City | 2022 | $150 | Employment |
| Nicole Eaton | Legal Assistant | Lee's Summit | 2022 | $150 | Employment |
| **PRUGH LAW OFFICE** | | | | | |
| Mark Prugh | Partner | Waynesville | 2021 | $350 | Appellate |
| **REEVES LAW** | | | | | |
| John Reeves | Partner | St. Louis | 2022 | $450 | Appellate |
| **RHODE LAW FIRM** | | | | | |
| Shari R. Rhode | Partner | Carbondale, IL | 2022 | $500 | Employment |
| **ROGER G. BROWN & ASSOCIATES** | | | | | |
| Roger Brown | Partner | Jefferson City | 2022 | $405 | Employment |
| Leslie Noblett | Paralegal | Jefferson City | 2022 | $95 | Employment |
| **ROSENBLUM GOLDENHERSH** | | | | | |
| Jeffrey B. Hunt | Of-counsel | St. Louis | 2021 | $385 | Commercial litigation |
| Brian Beck | Shareholder | St. Louis | 2021 | $370 | Commercial litigation |
| **SAINT LOUIS UNIVERSITY** | | | | | |
| John Ammann | Attorney | St. Louis | 2022 | $600 | Employment |
| **SANDBERG PHOENIX** | | | | | |
| Clayton G. Kuhn | Shareholder | St. Louis | 2021 | $402 | RICO |
| Andrew R. Kasnetz | Shareholder | St. Louis | 2021 | $380 | RICO |
| David P. Weiss | Counsel | St. Louis | 2021 | $315 | RICO |
| Benjamin R. Wesselschmidt | Shareholder | St. Louis | 2021 | $275 | RICO |
| **SCHMIDT BASCH** | | | | | |
| Michael A. Becker | Attorney | St. Louis | 2022 | $350 | Bankruptcy |
| Andrew R. Magdy | Attorney | St. Louis | 2022 | $265 | Bankruptcy |
| Jennifer M. Scott | Attorney | St. Louis | 2022 | $225 | Bankruptcy |
| **SCHOTTEL & ASSOCIATES** | | | | | |
| James W. Schottel Jr. | Partner | St. Louis | 2022 | $450 | Civil rights |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE/HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **SHAUGHNESSY LAW FIRM** | | | | | |
| Ryan S. Shaughnessy | Partner | O'Fallon, IL | 2022 | $500 | Employment |
| **SIMON LAW FIRM** | | | | | |
| Kevin Carnie | Partner | St. Louis | 2022 | $595 | Civil rights |
| Patrick McPhail | Associate | St. Louis | 2022 | $450 | Civil rights |
| Amy Sciuto | Paralegal | St. Louis | 2022 | $275 | Civil rights |
| **SIRO SMITH DICKSON** | | | | | |
| Eric Smith | Partner | Kansas City | 2022 | $600 | Employment |
| **SPENCER FANE** | | | | | |
| Eric L. Johnson | Partner | Kansas City | 2021 | $560 | Bankruptcy |
| Erik O. Solverud | Partner | Kansas City | 2022 | $525 | Copyright infringement |
| Stacy N. Harper | Partner | Overland Park, KS | 2021 | $480 | Data privacy |
| Lisa A. Epps | Partner | Kansas City | 2021 | $430 | Bankruptcy |
| Andrea M. Chase | Partner | Kansas City | 2021 | $400 | Bankruptcy |
| Zachary R.G. Fairlie | Associate | Kansas City | 2021 | $295 | Bankruptcy |
| Lisa F. Wright | Office Administrator | Kansas City | 2021 | $250 | |
| Shannon M. Spangler | Paralegal | Kansas City | 2021 | $250 | |
| Sarah E. Estlund | Paralegal | Kansas City | 2021 | $220 | |
| Daphne V. Rambo | Legal Administrative Assistant | Kansas City | 2021 | $190 | |
| **STOCKMAN LAW** | | | | | |
| Reginald Stockman | Partner | North Kansas City | 2022 | $475 | Employment |
| Reginald Stockman | Partner | North Kansas City | 2021 | $425 | Employment |
| N/A | Paralegal | North Kansas City | 2021 | $150 | Employment |
| **STUEVE SIEGEL HANSON** | | | | | |
| Norman E. Siegel | Senior Partner | Kansas City | 2022 | $1,125 | Class action |
| J. Austin Moore | Partner | Kansas City | 2022 | $825 | Class action |
| Lindsay Todd Perkins | Partner | Kansas City | 2022 | $825 | Class action |
| Yasmin Zainulbhai | Senior Counsel | Kansas City | 2022 | $650 | Class action |
| **SUMMERS COMPTON WELLS** | | | | | |
| David Sosne | Member | St. Louis | 2022 | $395 | Bankruptcy |
| **THE MARKS LAW FIRM** | | | | | |
| Jonathan D. Marks | Partner | St. Louis | 2021 | $350 | International Child Abduction Remedies Act |
| **THE MCDONOUGH LAW FIRM** | | | | | |
| W. Christopher McDonough | Partner | Chesterfield | 2022 | $500 | Employment |
| **THOMAS, BIRDSONG, MILLS, MCBRIDE & OSBORNE** | | | | | |
| David A. Osborne | Partner | Rolla | 2022 | $325 | ERISA |
| **THOMPSON COBURN** | | | | | |
| Mike Bartolacci | Partner | St. Louis | 2021 | $440 | Interpleader Action |
| **TUETH KEENEY COOPER MOHAN JACKSTADT** | | | | | |
| Ian Cooper | Partner | St. Louis | 2021 | $225 | Employment defense |
| Adam Henningsen | Associate | Edwardsville, IL | 2021 | $132 | Employment defense |
| **UNITED STATES ARBITRATION & MEDIATION** | | | | | |
| Robert Litz | Attorney | St. Louis | 2022 | $425 | Mediator |
| **WADDELL LAW FIRM** | | | | | |
| A. Scott Waddell | Partner | Prairie Village, KS | 2022 | $425 | Consumer protection |
| Hannah Huffman | Counsel | Prairie Village, KS | 2022 | $325 | Consumer protection |
| **WILLIAMS LAW** | | | | | |
| Michael Williams | Partner | Kansas City | 2022 | $550 | Employment |
| **YECKEL LAW FIRM** | | | | | |
| Joseph F. Yeckel | Partner | St. Louis | 2022 | $350 | Appellate |

