# EXHIBIT 7

Update: We are experiencing unprecedented high call volumes into Bill4Time support. ⊗

# Prince

Add Time | Add Expense | Add Note | Create Invoice

Edit | Delete | Subscribe | Print View

Details | Notes | Tasks | **Expenses** | Invoice Presets | Schedule | Subscribers | Contacts | Documents | Accounting | Trust Account | Billing Rates

Add Expense

Total Expenses: $2,498.12

| Date | Type | Description | Receipt File | User | Reimburse | Cost | Sell Price |
|---|---|---|---|---|---|---|---|
| 09/27/2022 | E121 | Rick Merker Mediation Fee | | Sonia Galicia | No | $831.25 | $831.25 |
| 09/27/2022 | E115 | Depo Transcript of Zachary Johnson CRC Invoice No. 179174 | | Griselda Sandles | No | $1,563.50 | $1,563.50 |
| 09/09/2022 | E108 | Sep 2022 Postage | | Sonia Galicia | No | $8.93 | $8.93 |
| 06/03/2022 | E124 | JDs costs as 6/3/22 | | Sonia Galicia | No | $12.86 | $12.86 |
| 05/31/2022 | E108 | May 2022 Postage | | Sonia Galicia | No | $8.36 | $8.36 |
| 03/31/2022 | E108 | March 2022 Postage | | Sonia Galicia | No | $8.56 | $8.56 |
| 12/09/2021 | E108 | Postage for Mailout | | Sonia Galicia | No | $64.66 | $64.66 |



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 179174 | 9/21/2022 | 164860 |
| **Job Date** | **Case No.** | |
| 9/8/2022 | 19-2653-KHV-JPO | |
| **Case Name** | | |
| Prince vs. Kansas City Tree Care. LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David I. Moulton
Bruckner Burch, PLLC
11 Greenway, Suite 3025
Houston, TX 77046

ORIGINAL & COPY OF:
    Zachary Johnson                                                                                     1,563.50
    (TAXABLE  $1,560.50)

                                                            **TOTAL DUE   >>>**          **$1,563.50**
                                                         AFTER 10/21/2022  PAY       $1,829.30

Invoice prepared for:
GOOD TO GO PROCESS SERVICE

Payment is NOT contingent upon client reimbursement.

Please visit our website at https://payments.crcnational.com for fast, safe and secure online invoice payment.

**Tax ID:** 76-0537648

*Please detach bottom portion and return with payment.*

---

David I. Moulton
Bruckner Burch, PLLC
11 Greenway, Suite 3025
Houston, TX 77046

Invoice No.    : 179174
Invoice Date   : 9/21/2022
**Total Due**    : **$1,563.50**
AFTER 10/21/2022  PAY  $1,829.30

Remit To: **Court Reporters Clearinghouse, Inc.**
            **1225 North Loop West, Suite 327**
            **Houston, TX 77008**

Job No.    : 164860
BU ID      : HOUSTON
Case No.   : 19-2653-KHV-JPO
Case Name  : Prince vs. Kansas City Tree Care. LLC



# MERKER
## MEDIATION

Richard T. Merker
7007 College Blvd, Suite 430
Overland Park, KS 66211
rick@rickmerkermediation.com

Matter: Prince, Wm et al vs KC Tree LLC
File Number: 1945-256

| Date | Activity Detail | Time |
|---|---|---|
| 7/15/22 | Conflict ck; letter | N/C |
| 9/7/22 | Review π's submission | |
| 9/12 + 9/13/22 | T/c w/ John Ivan - review submission | |
| 9/14/22 | Unsuccessful mediation | |
| | | 4.75 hrs @ 350.00 |
| | | 1662.50 |

Total Due

TO BE PAID BY: π owes $831.25
Δ owes $831.25

913.283.8002         www.rickmerkermediation.com         Tax ID: 83-4590212