UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM PRINCE, Individually and for Others Similarly Situated,<br><br>v.<br><br>KANSAS CITY TREE CARE, LLC | Case No. 2:19-cv-02653-KHV-JPO |

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT**

The Court entered judgment in favor of Plaintiffs against Defendant on March 22, 2023. Doc. 102. The judgment awarded the following damages:

| | |
|---|---|
| Alexandra Brown | $1,459.72 |
| Anthony W. Prince | $4,253.58 |
| Benjamin R. Reifel | $4,615.00 |
| Ronnie W. Prince[1] | $8,789.72 |
| Stone Q. Fincher | $980.00 |
| Troy Chappell | $2,274.28 |
| William A. Prince | $14,931.18 |

*Id.* The Court's judgment further ordered the parties to comply with D. Kan Rule 54.2 regarding statutory fees. *Id.* The parties did so, and on May 4, 2023, the Court awarded Plaintiffs $132,923.50 in fees and $3,141.54 in costs. Doc. 108.

Plaintiffs are also entitled to post-judgment interest. 29 U.S.C. § 1961. The rate for judgments entered for the week ending March 24, 2023 is 4.46%. *See, e.g.*, Post Judgment Interest Rates | Northern District of Texas | United States District Court (uscourts.gov).

Rule 54(b) allows the Court to revise judgment "at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b). Accordingly, Plaintiffs request the Court include all Plaintiffs' awards in a final judgment. In doing so, Plaintiffs do not request the Court award Plaintiffs any damages to which they are not already entitled. Rather, Plaintiffs' request is to consolidate their awards into a final judgment.

    Respectfully submitted,

    /s/ Eric L. Dirks
    Eric L. Dirks, KS Bar No. 77996
    **WILLIAMS DIRKS DAMERON LLC**
    1100 Main Street, Suite 2600
    Kansas City, Missouri 64105
    816-945-7165 – Telephone
    816-945-7118 – Facsimile
    dirks@williamsdirks.com

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    *(pro hac vice)*
    David I. Moulton
    Texas Bar No. 24050193
    *(pro hac vice)*
    **BRUCKNER BURCH, PLLC**
    11 Greenway Plaza, Suite 3025
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com
    dmoulton@brucknerburch.com

    **AND**

Andrew W. Dunlap
Texas Bar No. 24078444
*(pro hac vice)*
Richard M. Schreiber
Texas Bar No. 24056278
*(pro hac vice)*
**Josephson Dunlap, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
adunlap@mybackwages.com
rschreiber@mybackwages.com

**Attorneys in Charge for Plaintiff**

## Certificate of Conference

Plaintiffs attempted to confer with counsel for Defendant on May 19, 23, and 24 but were unable to contact him.

*/s/ Eric L. Dirks*
Eric L. Dirks

## Certificate of Service

On May 24, 2023, I served this document on all registered parties and/or their counsel of record via the Court's ECF System.

*/s/ Eric L. Dirks*
Eric L. Dirks