IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM PRINCE, BENJAMIN REIFEL, ALEXANDRA BROWN, ANTHONY PRINCE, RONNIE PRINCE, TROY CHAPPELL, and STONE FINCHER<br><br>Plaintiffs,<br><br>v.<br><br>KANSAS CITY TREE CARE, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)<br>)  No. 19-cv-02653-KHV<br>)<br>)<br>)<br>)<br>) |

**AMENDED JUDGMENT IN A CIVIL CASE**

**( )  JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )  DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 99) filed on March 9, 2023 and the Order (Doc. 102) filed on March 22, 2023, judgment is granted in favor of plaintiffs William Prince, Benjamin Reifel, Alexandra Brown, Anthony Prince, Ronnie Prince, Troy Chappell, and Stone Fincher against the defendant Kansas City Tree Care, LLC on plaintiffs' claim, defendant's exemption defenses, plaintiffs' entitlement to liquidated damages in the same amount as compensatory damages and a three-year limitations period in the following amounts:

| | |
|---|---|
| Alexandra Brown | $ 1,459.72 |
| Anthony W. Prince | $ 4,253.58 |
| Benjamin R. Reifel | $ 4,615.00 |
| Ronnie W. Prince | $ 8,789.72 |
| Stone Q. Fincher | $    980.00 |
| Troy Chappell | $ 2,274.28 |
| William A. Prince | $14,931.18 |

2

**IT IS FURTHER ORDERED** that pursuant to the Memorandum and Order (Doc. 108) filed on May 4, 2023, plaintiffs are awarded attorney fees and costs as follows:

$132,932.50 in attorney fees
$3,141.54 in costs

**IT IS FURTHER ORDERED** that post judgment interest, on the awards listed above, is at the rate of 4.68% per annum running from March 22, 2023, the date of the original judgment.

Dated: 6/2/2023                                    SKYLER B. O'HARA, CLERK

                                                                         s/ Audra Harper
                                                                         Deputy Clerk